AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| NICHOLAS BURTON REIMLER | ) Case: 1:21-mj-00203 |
|  | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 2/5/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Date of Birth: XXXXXXXX | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 40 U.S.C. §5104(e)(2)(G) | - Violent Entry or Disorderly Conduct |
| 18 U.S.C. § 1752 (a)(1) and (2) | - Restricted Building or Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Christopher Keefe, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:  02/05/2021

_____
Judge's signature

City and state:   Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*