AO 442  (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**NICHOLAS BURTON REIMLER**<br><br>_____<br>*Defendant* | )  Case: 1:21-mj-00203<br>)  Assigned to: Judge Harvey, G. Michael<br>)  Assign Date: 2/5/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*              NICHOLAS BURTON REIMLER                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

40 U.S.C. §5104(e)(2)(G)  - Violent Entry or Disorderly Conduct
18 U.S.C. § 1752 (a)(1) and (2) - Restricted Building or Grounds

Date:      02/05/2021                                  _____
                                                   Digitally signed by G.
                                                   Michael Harvey
                                                   Date: 2021.02.05 18:00:54
                                                   -05'00'
                                                   *Issuing officer's signature*

City and state:        Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
                                                   *Printed name and title*

---

### Return

This warrant was received on *(date)*  2/8/21  , and the person was arrested on *(date)*  2/18/21
at *(city and state)*  St. Louis, MO  .

Date:  2/18/21                                  _____
                                                   *Arresting officer's signature*

                                                   Trevor Welter  FBI
                                                   *Printed name and title*