NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                  Criminal Number  1:21CR0239 RDM

**NICHOLAS B. REIMLER**
         (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

ETHAN B. CORLIJA          #MO0020
_(Attorney & Bar ID Number)_

ETHAN B. CORLIJA, P.C.
_(Firm Name)_

5205 HAMPTON AVENUE
_(Street Address)_

ST. LOUIS          MO          63109
_(City)_          _(State)_          _(Zip)_

314-832-9600 ext. 103
_(Telephone Number)_