

September 29th, 2021

The Honorable Randolph D. Moss
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

**Re: Character Reference Letter for Nicholas B. Reimler, P.E., Case Number 1:21-cr-239**

Judge Randolph D. Moss:

I initially met Nicholas Reimler in 2016 when he was first starting his professional career as a recent graduate engineer with the Missouri Department of Transportation, St. Louis District Materials department. Nicholas was a Bituminous Plant Inspector for MoDOT and was frequently assigned to inspection duties on projects from which the company I worked for at the time, Fred Weber, Inc., provided asphalt paving materials on interstate highway projects. Nicholas was always very professional and personable during his interactions with myself and my employees while he performed his inspection duties. During this period, I got to know Nicholas on a personal basis. In January of 2018 I had a position become available in my laboratory for a Quality Control Engineer and I had offered the opportunity to apply and interview Nicholas to see if he was interested. Nicholas brought his experience and educational background to the position and was hired and started with Fred Weber, Inc. on January 8th, 2018.

Nicholas has been an asset to my laboratory as well as a friend and colleague. I have provided guidance as he pursued his engineering career and took and passed the Professional Engineer licensing exam of which I provided a letter of recommendation to the Board of Architects and Professional Engineers in Missouri to consider Nicholas' application for registration. He had shown leadership skill amongst his fellow employees and has set a great example for all of us that work with him for his drive and dedication in his professional career as well as always willing to help others with anything after work. Nicholas is very open-minded and accepting of all others he is around regardless of their beliefs or political leanings and is always willing to listen to others. Since Nicholas was hired as a Quality Control Engineer at Fred Weber, Inc., my company was purchased by a private investor in July of 2021 and formed New Frontier Materials. Due to the positive experience of working with Nicholas in some capacity since 2016, I recommended that Nicholas be hired on with the New Frontier Materials. Nicholas started as a Quality Control Engineer for New Frontier on July 1st, 2021. Nicholas has been very honest and forthcoming about his case to me as both a friend and an employee and has been very humble in being responsible for his actions. It is for that reason that I wanted to offer a more complete picture of who Nicholas Reimler is: a very good hearted, loyal, hardworking young engineer, willing to learn from mistakes with his whole life ahead of him.

If you have any questions or require any additional information, please do not hesitate to contact me.

Respectfully,

DN: cn=David B. Marshall, P.E.,
o=New Frontier Materials, ou,
email=dbmarshall@fredweberinc.com, c=US
Date: 2021.09.29 09:34:24 -05'00'

David B. Marshall, P.E.
Director of Quality Control
New Frontier Materials
314-713-2461
dbmarshall@newfrontiermaterials.com



DEFENDANT'S EXHIBIT A

2300 CREVE COEUR MILL ROAD, MARYLAND HEIGHTS MISSOURI 63043-8501
314-473-3434
www.newfrontiermaterials.com