

# NEW FRONTIER MATERIALS

October 20, 2021

Honorable Randolph D. Moss
U.S. District Court of Washington DC
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, DC 20001

**Character Reference for Nicholas Reimler**

Justice Moss:

I have had the privilege of knowing "Nick" for about 5 years now. I first made his acquaintance in the summer of 2016, while he was an employee with the Missouri Department of Transportation. Nick was working as a Materials Inspector and spent significant time on projects that my company was providing asphalt pavement for. At the time, the company I worked for was called Fred Weber, Inc. In July of 2021, the materials division of Fred Weber, Inc. was purchased by Declaration Partners, and now operates with the name New Frontier Materials.

While Nick was working on our projects as a representative of the State of Missouri, he did very impressive work. His punctuality, attention to detail, personal relations skills/positive attitude, and his intelligence showed what a great employee and fine young man he is. Due to this, when a position opened up with my employer in the winter of 2017-2018, myself and my supervisor approached Nick and invited him to apply. Nick continued to impress and was offered a position as a Quality Control Engineer.

While working as Nick's immediate supervisor for the last 3+ years, I have gotten know him quite well. Nick is very reliable and always delivers on promises. Nick has been an extremely valuable addition to our team, and he has proven to be an excellent colleague and friend. Nick uses everything he does as an opportunity to learn, and I consider him a huge asset professionally, and a quality friend personally.

Please do not hesitate to reach out if you have any questions.

Respectfully,

Steven D Rosenthal
Quality Control Manager
New Frontier Materials
314-713-2437
sdrosenthal@newfrontiermaterials.com

DEFENDANT'S EXHIBIT B