November 21, 2021

Honorable Randolph D. Moss
U.S District Court of Washington D.C.
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave., NW
Washington, D.C. 20001

Dear Judge Moss,

    I am writing this letter as a reference to my son, Nicholas B. Reimler. Nick grew up in a stable and loving home with his sister, father and I. He attended the same schools throughout his childhood and lived in the same family home from birth through high school. We went on family vacations and enjoyed extended family activities.

    Nick was a hard working student who always excelled. He always received stellar reports from his teachers beginning in elementary school through high school. In high school, Nick maintained strong grades while playing sports. After Nick's freshman year of high school, he attended Missouri Scholars Academy. He was also a member of the National Honor Society and Mu Alpha Theta (math honor society). Upon high school graduation, Nick received many scholarships including Bright Flight, which is awarded to Missouri high school students who score in the top 3% on the ACT or SAT and attend a qualifying Missouri institution.

    Nick has always been a caring and loving son to his father and I. This past summer and fall, my husband has been going through some medical issues and we have relied on Nick's help with the lawn and other chores.

    I know that Nick has learned from past mistakes and is ready to move forward with his life. He got engaged this past summer and is looking forward to marriage next year.

Sincerely,

*Dana S. Reimler*

Dana S. Reimler

DEFENDANT'S EXHIBIT C