November 22, 2021

Justice Moss,

Nick Reimler is my son. Nick was raised to respect others, be compassionate for those less fortunate, and appreciate what life has given him. Fortunately for my wife and I, Nick picked up on those things and conducts himself as such. We could not be prouder to have Nick as our son and we all live a close knit family life. We see Nick often as he helps out his old man (66 yrs old) get things done around our house and yard. We also go on vacations together and treasure the memories.

Nick has matured as a person. He is recently engaged, has an established career as a Civil Engineer and holds the respect of his friends and co-workers. His life is on target to continue to be a constructive citizen who respects the law and understands he has been blessed in his life and the importance to have compassion for others.

Justice Moss, I just wanted to convey to you that Nick is a fine person. We love him and are proud of him and can assure you he is a productive person who earns what he gets and understands the importance of leading a constructive life. I hope you will consider these traits as you evaluate Nick and make your decision in this case.

Thank you for your review of this information.

Sincerely,

Gary Reimler
greimler@yahoo.com

DEFENDANT'S EXHIBIT
D