Nancy Vogel
4226 Bali Hai Dr.
High Ridge, MO 63049

12/1/2021

Judge Randolph D. Moss:

I have known Nick Reimler since he was a freshman in high school, as he was good friends with my nephew. He has always been quietly polite and friendly, much like what we might refer to as an "old soul." He had none of the brashness that my nephew sometimes exhibited at that age, and I just knew in my heart that he would grow up to be a kind, thoughtful and successful person.

Of particular note is that he rode with my sister and me to mid-state Missouri to help a friend of mine (a professor at UM-Columbia) move a truck from Columbia to his second residence about 4 hours from St. Louis. There were no other people of his age involved, nor did he have any obligations, familial relations, or vested interest in helping us. Although he did get to visit with my nephew, I find it very unusual for someone of his young age to have been willing to help in such a situation.

I have interviewed and hired many a person in my lifetime, and think I am a pretty good judge of character since all but one turned out to be employees that I would have hired again. My admiration for Nick's character continued throughout his college years, and is still in place today, despite the January 6th incident at the Capitol. I am a life-long Democrat, and was very surprised to learn after-the-fact that Nick had traveled to Washington, DC, to participate in the gathering of Trump supporters. I express surprise because he has never been a loudly opinionated person. Based on his consistent demeanor throughout the years, I firmly believe he had no intent to participate in the violence or the attempt at insurrection that ensued. He was, in his mind, exercising his right to protest – perhaps loudly, given the nature of these particular supporters – but peacefully.

I am writing in hope that he not be further punished, as the charges against him have weighed heavily upon him. In other words, he has already paid a price in terms of negative news coverage. More importantly, he is the proverbial nice guy. He may be guilty of not having been in good company at that one moment in time, but he is far from a thuggish person. He has been on the path of being an upstanding citizen, and I think he is deserving of leniency.

Sincerely,

*Nancy Vogel*

