<pre>
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
 2

 3
     UNITED STATES OF AMERICA,
 4                                      Criminal Action
              Plaintiff,                No. 1:21-cr-0239
 5
          vs.                           Washington, DC
 6                                      December 10, 2021
     NICHOLAS BURTON REIMLER,
 7                                      2:06 p.m.
              Defendant.
 8   _____/

 9

10        TRANSCRIPT OF SENTENCING BY VIDEO (ZOOM)
          BEFORE THE HONORABLE RANDOLPH D. MOSS
11            UNITED STATES DISTRICT JUDGE

12   APPEARANCES:

13   For the Government:      JANANI IYENGAR
                              U.S. Attorney's Office for the
14                            District of Columbia
                              555 4th Street, NW
15                            Washington, DC 20530

16
     For the Defendant:       ETHAN CORLIJA
17                            Ethan B. Corlija, P.C.
                              5205 Hampton Avenue
18                            St. Louis, MO 63109

19

20

21

22
     Court Reporter:          JEFF M. HOOK
23                            Official Court Reporter
                              U.S. District & Bankruptcy Courts
24                            333 Constitution Avenue, NW
                              Room 4700-C
25                            Washington, DC 20001
</pre>

**P R O C E E D I N G S**

**DEPUTY CLERK:**  This is criminal action 21-239, the United States of America v. Nicholas Burton Reimler.   The defendant is appearing by video.   Also by video for the Government, Janani Iyengar; for defendant, Ethan Corlija; and from probation, Hana Field.

**THE COURT:**  Well, thank you all.   We're here today for the sentencing of the defendant Nicholas Reimler who has pleaded guilty to one count of parading, demonstrating or picketing in a Capitol building in violation of 40 U.S.C. section 5104(e)(2)(G).   At the beginning, let me note it's not permissible to record or rebroadcast today's proceedings, and I will order that nobody do so.   Also, I want to address at the outset whether we should be doing this by videoconference or in-person.   I understand that Mr. Reimler is in Missouri, but I want to make sure that the parties agree that it is appropriate for us to proceed by videoconference today, and that there's an appropriate basis to do so.   In a felony case, I would need to make a specific finding that the proceedings cannot be further delayed without serious harm to the interests of justice.   I'm not quite certain whether I need to do that in a misdemeanor case, but I guess I'd like to at least address that question as well.

So maybe it makes sense for me to start with

1    Mr. Corlija.

2          **MR. CORLIJA:**  Yes, Your Honor.  I've discussed the

3    issue with Mr. Reimler, and he does consent to conducting

4    these proceedings by video today.

5          **THE COURT:**  Okay.  And what are your views about

6    how the interests of justice plays into doing it today

7    rather than waiting until the pandemic has subsided?

8          **MR. CORLIJA:**  Your Honor, that is another

9    discussion that Mr. Reimler and I have had, and he feels --

10   and I concur in his feeling, that he is ready to proceed.

11   And we feel that the interests of justice would be better

12   served to proceed today than to delay the proceedings

13   further.

14         **THE COURT:**  Ms. Iyengar.

15         **MR. CORLIJA:**  Yes, Your Honor, I agree.  Just

16   given where Mr. Reimler is physically located, the nature of

17   the case and the seemingly unending pandemic that we're in,

18   I think it makes sense for us to proceed today instead of

19   waiting for an opportunity to have this in-person.

20         **THE COURT:**  Thank you.  I agree that it is

21   appropriate for us to proceed today.  And assuming that I do

22   need to make the finding that further delay would cause

23   serious harm to the interests of justice, I conclude that I

24   can make finding here.  I think it's important, given the

25   nature of the charges, and quite frankly given Mr. Reimler's

1  contrition and desire to move on with his life, that the

2  interests of justice are served by allowing him to do that

3  and resolving matters today so that he can move forward with

4  his life.  So I do conclude that it is appropriate, with his

5  consent, for us to proceed today by videoconference.

6       So I have received and reviewed the presentence

7  report and sentencing recommendation from the probation

8  office along with the sentencing memoranda, as well as the

9  letters that were sent -- submitted on Mr. Reimler's behalf.

10       Mr. Corlija, is there anything else that you

11  request that I consider today, any other materials?

12       **MR. CORLIJA:**  There are no written materials, Your

13  Honor.  I have a few brief remarks I would like to make on

14  Mr. Reimler's behalf, if permissible.  But I feel that

15  everything that I was able to convey to the Court on behalf

16  of Mr. Reimler is fully and accurately conveyed in the

17  sentencing memorandum that I submitted.

18       **THE COURT:**  Well, you of course are welcome to

19  make -- at an appropriate time to make your remarks however

20  you think appropriate.  I'm also happy to hear from

21  Mr. Reimler and anyone else that he'd like me to hear from

22  today.

23       Ms. Iyengar, anything else the Government would

24  request that I consider today?

25       **MS. IYENGAR:**  No, Your Honor, not other than the

1  written filings that have already been submitted.  And I

2  would also ask for the opportunity to make oral argument as

3  well.

4          **THE COURT:**  Of course.  So Mr. Reimler, today's

5  proceeding is going to involve four steps.  I know you're

6  probably anxious to get to the bottom line, but it's

7  important that we go through these steps just so I make sure

8  that we're all on the same page factually and legally before

9  I impose sentence.  And if there are any differences, to

10  give me the opportunity to resolve those before we actually

11  reach the sentencing stage itself.

12          The first step is for me to determine whether

13  you've reviewed the presentence report, and whether there

14  are any outstanding objections that I need to resolve.  And

15  then I want to hear from the Government, from your counsel,

16  from you, if you'd like to be heard, and anyone else.  And

17  then as the final step, I need to fashion a just and fair

18  sentence that's consistent with the factors that Congress

19  has specified in the statute which is at 18 U.S.C. section

20  3553(a).  And as part of that final step, I'll impose the

21  sentence.

22          So let's start with the presentence report.  The

23  final presentence report and sentencing recommendation were

24  filed in this matter on December 3rd, 20212.

25          Does the Government have any objections,

1    Ms. Iyengar, to any of the factual materials set forth in

2    the presentence report?

3              **MS. IYENGAR:**  No, Your Honor, the Government

4    doesn't have any objections.

5              **THE COURT:**  And Mr. Corlija, any objections from

6    the defense to any of the factual materials set forth in the

7    presentence report?

8              **MR. CORLIJA:**  No, Your Honor.

9              **THE COURT:**  Mr. Reimler, are you fully satisfied

10   with the assistance of your lawyer in this case?

11             **THE DEFENDANT:**  Yes, I am, Your Honor.

12             **THE COURT:**  Do you feel as though you've had

13   enough time to talk to him about the probation office's

14   presentence report, to review that report and to raise any

15   concerns that you might have with respect to the material in

16   that report?

17             **THE DEFENDANT:**  Yes, we've had enough time to

18   discuss it, Your Honor.

19             **THE COURT:**  Well, the Court will then accept the

20   facts as stated in the presentence report as my findings of

21   fact for purposes of today's sentencing.  Because

22   Mr. Reimler has pleaded guilty to a class B misdemeanor, the

23   United States Sentencing Commission guidelines don't apply

24   in this case and so we don't need to go through the process

25   of calculating the guidelines sentence.

1           The probation office, as you all know, has made a

2   recommendation with respect to the sentence to impose in

3   this case.  The probation office has recommended a sentence

4   of 24 months of probation, a fine of $3,000, restitution in

5   the amount of $500 and a special assessment of $10.  And the

6   probation office has not recommended any period of

7   incarceration or supervised release in light of that

8   recommendation.  The statute which Mr. Reimler has pleaded

9   guilty to carries a maximum sentence of six months

10  imprisonment and/or a fine of $5,000, and I believe that a

11  period of up to five years of probation is permissible as

12  well.

13          Mr. Corlija, anything else you would add or

14  clarify with respect to the statutory considerations with

15  respect to sentencing?

16          **MR. CORLIJA:**  Your Honor, those are -- what the

17  Court had mentioned are exactly the statutory parameters

18  that I discussed with Mr. Reimler, and he is aware of the

19  range of punishment by statute.

20          **THE COURT:**  And Ms. Iyengar, anything else to

21  clarify or to add?

22          **MS. IYENGAR:**  No, Your Honor.

23          **THE COURT:**  So I now need to consider the relevant

24  factors that Congress has specified in 18 U.S.C. section

25  3553(a), and must ensure that the Court imposes a sentence

**1**   that's sufficient, but not greater than necessary, to comply

**2**   with the purposes of sentencing.  Those purposes include the

**3**   need for the sentence imposed, to reflect the seriousness of

**4**   the offense, to promote respect for the law and to provide

**5**   just punishment for the offense.  The sentence should also

**6**   afford adequate deterrence to criminal conduct, protect the

**7**   public from future crimes of the defendant, and promote

**8**   rehabilitation.  In addition to those factors, the Court

**9**   needs to consider the nature and circumstances of the

**10**   offense; the history and characteristics of the defendant;

**11**   the need for the sentence imposed; the need to avoid

**12**   unwarranted sentencing disparities among defendants with

**13**   similar records who have been found guilty of similar

**14**   conduct; and the types of sentences available.

**15**         Ms. Iyengar, would the Government like to be heard

**16**   with respect to the 3553(a) factors?

**17**   **MS. IYENGAR:**  Yes, Your Honor.  I'm not going to

**18**   sort of rehash all of the arguments that we made in our

**19**   sentencing memorandum with respect to the application of the

**20**   factors.  I just wanted to sort of go through and highlight

**21**   some of what we believe are the aggravating factors and some

**22**   of the mitigating factors in Mr. Reimler's case.

**23**         I think in terms of the aggravating factors, the

**24**   first one that I would just point the Court to is that while

**25**   the defendant was inside the Capitol building, he was

1    posting on social media about being in the Capitol building.

2    And the caption that he placed on the video that he posted

3    to Snapchat does appear to make light of what the situation

4    was in terms of the breach of the building.  I know in the

5    defendant's papers that he submitted, he says that he was

6    just expressing his astonishment.  But the text of the

7    caption indicates that this was beyond just expressing -- an

8    expression of astonishment, he really thought that this was

9    a funny event and he was trying to make light of it.

10          The second thing that I would point the Court to

11   is on actually page nine of the defendant's sentencing

12   memorandum.  He indicates that prior to entering the Capitol

13   building, the defendant had actually witnessed individuals

14   force entry into the building.  And in spite of realizing

15   that this was a violent breach of the building -- it wasn't

16   just people sort of being able to move in and out of the

17   building at will without any police stopping them from doing

18   that, knowing that it was a violent breach of the building,

19   he still made the choice to enter the building and remain in

20   the building for several minutes taking pictures, taking

21   videos and posting things to social media.

22          In terms of the mitigating factors, as the

23   Government stated in its memorandum -- and I think this was

24   highlighted in the defendant's sentencing memorandum,

25   obviously the defendant did not himself engage in any acts

1    of violence, in any destruction of property.  He did take

2    very early on responsibility for his conduct, and he has

3    complied with all of the conditions of his pretrial release.

4            So we believe that the sentence that we're

5    requesting here, which is three years of probation, two

6    months of home confinement, $500 in restitution and 60 hours

7    of community service is in line with the defendant's

8    conduct, his history and the -- his characteristics at the

9    time that he came before the Court.  And it's also in line

10   with sentences that we have asked for in other cases that

11   are similar to Mr. Reimler's case.

12           So that's the reason --

13           **THE COURT:**  I had a question about that,

14   Ms. Iyengar.

15           **MS. IYENGAR:**  Sure.

16           **THE COURT:**  Which is when you just described what

17   the Government is seeking, you said the Government is

18   seeking a sentence of home confinement.  In the Government's

19   sentencing memorandum, it says it's seeking a sentence of

20   home detention.  And although I suspect the public does not

21   recognize a distinction between those two things, they are

22   different in a way that I think makes a substantial

23   difference to the arguments that Mr. Reimler has made.

24   Because home detention does allow him to leave to go to

25   work, to go to medical appointments, to go to religious

1   services and things of that nature.  Whereas home

2   confinement is more in the nature of a prison term which is

3   served in one's home and where you cannot leave the home.

4           **MS. IYENGAR:**  Yes, your Honor.  And I misspoke, I

5   did mean home detention and not home confinement, I'm sorry

6   about that.

7           **THE COURT:**  Okay, thank you.  Anything else?

8           **MS. IYENGAR:**  No, Your Honor.

9           **THE COURT:**  Mr. Corlija.

10          **MR. CORLIJA:**  Thank you, Your Honor.  May it

11  please the Court, Madam Prosecutor, I spent a considerable

12  amount of time last night deciding how I was going to make

13  remarks on Mr. Reimler's behalf, and the things I wanted to

14  make known to the Court that were not already made known in

15  the memorandum which I submitted.  It became apparent to me

16  that it, in fact, did cover all of the bases that

17  Mr. Reimler and I discussed and that Ms. Iyengar and I

18  discussed.

19          But there are a few remarks I would like to make,

20  Judge.  Mainly, I think -- when I thought about this, Judge,

21  it became apparent to me that so many times the Court is

22  called upon to hold to account criminal actors that intended

23  to do what they have done or acted illegally with

24  deliberation.  Individuals that have calculated their course

25  of action, such as conspirators, drug traffickers,

1    fraudsters, embezzlers, to name only a few, Judge, are

2    constantly being held to account for their actions.

3            I would submit that Mr. Reimler is not a person

4    that engaged in the despicable riot of January 6th at our

5    nation's Capitol out of a considered desire to participate

6    in acts of violence, harm and destruction.  Nicholas went to

7    Washington, D.C. on January 6th, Your Honor, to take part in

8    what he thought would be an exercise in a free, permissible

9    and peaceful process to voice his support for the democratic

10   principle.  The event obviously deteriorated into chaos.

11           This is where accountability for Nicholas begins,

12   precisely during the irrational actions of a mob.  Nicholas

13   made poor choices, Your Honor, that day that cannot be taken

14   back.  He followed, he entered, he posted a message on

15   social media about what he could not believe was happening

16   in the building.  Yet he was a part of it.  These decisions,

17   of course, will haunt Mr. Reimler for the rest of his life.

18           Fortunately, in the middle of all of this damage,

19   Judge, taking place in one of our nation's most sacred

20   buildings, the better angels of Nicholas' nature were

21   present.  Despite having opportunities to assault, Nicholas

22   did not.  Despite having opportunities to damage, Nicholas

23   did not.  Despite having opportunities to accost, threaten,

24   intimidate, fight and harm, Nicholas did not.  I believe

25   that this is the reflective, deliberate Nicholas Reimler

1    that exists among us, not a violent, disrespectful or
2    intolerant human being, Judge; but someone that does not
3    possess those deleterious qualities.  He is not a threat to
4    the safety of society.

5            Your Honor, the Government made a few points, and
6    mainly they centered on the fact that they believe Nicholas
7    should be held more accountable or should serve a term of
8    home detention based on the fact that he entered the
9    Capitol, made a social media post, and should therefore be
10   more accountable because of the nature of the post.
11   Nicholas is aware, Judge, that sheer numbers and people are
12   essential ingredients for a mob and riot.  He's willing to
13   accept that, and he has accepted that early on.  That is
14   inescapable.  But there are degrees of culpability, and
15   there are distinctions, many in this case, that set Nicholas
16   apart from those committed or intended to be committed by
17   other actors.  I submit to sentence Nicholas, Judge, to a
18   period of home detention or a lengthy period of probation
19   would be overly punitive.  I'd ask the Court to impose a
20   sentence, Your Honor, in this case that is consistent with
21   the one proposed by the United States Office of Probation
22   and not the United States Attorney's Office.

23           I believe Ms. Iyengar made the Court aware of the
24   fact that Mr. Reimler posted a message on his social media
25   account that could be viewed as making a laughing matter out

1   of the riot.  I strongly disagree with that.  Knowing

2   Nicholas, speaking to Nicholas about that particular issue,

3   I wholeheartedly believe, Your Honor, that Nicholas made

4   that post in the chaos of that moment and was rather

5   astonished at what he was seeing around him.  When you look

6   at that post, it's three words:  What is going on.  Of

7   course, there is an LOL which we all know in social media

8   language stands for laugh out loud.  But I would propose and

9   submit, Judge, that's more of a nervous laugh than it is a

10   laugh about the destruction of our nation's Capitol.  I just

11   do not believe that Nicholas would be capable of posting

12   such a callous remark to his social media account.

13          As such, Judge, I would request that the Court

14   strongly consider the recommended sentence by the United

15   States Office of Probation; that being a two-year term of

16   probation with a monetary fine, payment of the restitution,

17   any other conditions or requirements that the Court would

18   deem just and proper, but not to include home detention.  I

19   believe, Your Honor, that such a sentence would serve to

20   fulfill the goals of community safety, deterrence,

21   punishment.  Those are the factors that the Court should

22   consider in evaluating Mr. Reimler's case under section

23   3553.

24          In the end, Your Honor, I wished to provide the

25   Court with a very accurate picture of Mr. Reimler, his

1   conduct, his character, his peaceful demeanor, his peaceful

2   existence in the sentencing memorandum that I've filed with

3   the Court.  I hope I was successful in that endeavor.  And I

4   would just conclude, Your Honor, by asking that the Court's

5   sentence reflect those factors accordingly, and that he be

6   sentenced consistent with the recommendation made by the

7   United States Office of Probation.

8           **THE COURT:**  All right, thank you.  Would

9   Mr. Reimler like to be heard as well?

10          **MR. CORLIJA:**  Yes, Your Honor.

11          **THE COURT:**  Mr. Reimler.

12          **THE DEFENDANT:**  Your Honor, good afternoon.  I am

13  here today to take responsibility for my actions on

14  January 6th, and to express my remorse to those affected by

15  the events of that day.  The violence, destruction and loss

16  of life at the Capitol building in Washington, D.C. should

17  have never happened.  I want to say I'm sincerely sorry for

18  being in and around the Capitol building that day.  I'm

19  sorry to the United States Capitol Police Officers who

20  should have never had to defend lawmakers and their staff in

21  the fashion they had to.  I'm sorry to the 100 plus police

22  officers who were injured, and to the families of the

23  numerous officers who tragically passed away stemming from

24  the horrendous events of that day.  And I'm sorry to the

25  people of this country for threatening the democracy that

1  makes this country so great.  Nothing that happened that day

2  can be taken back, and for that I'm wholeheartedly

3  remorseful for my actions.

4       I did not go to Washington, D.C. with malice on my

5  mind or intent to do ill-will to any persons or property.  I

6  simply went to show my support.  Not for a particular person

7  or political party, but to support other Americans and the

8  rights in the democracy we live in.  My actions that day

9  were far from exercising my constitutional rights.  I should

10  have never participated in the Capitol breach.  No one

11  should have participated in the Capitol breach that day.

12  You cannot expect to live in a free society and also

13  unlawfully hinder a constitutional duty given to our

14  government.  That is not how a democracy is supposed to

15  work.

16       Participation in American society requires

17  cooperation of the governed.  I understand and accept that

18  my actions contributed and justified to a larger crowd that

19  unlawful acts of violence and destruction of government

20  property were the appropriate thing to do.  My participation

21  in the events that day were part of an attack on the rule of

22  law.  It crippled the trust between the people of differing

23  political parties, and eroded the fabric of American

24  society.  No police officer should have to defend, yet alone

25  lose their life defending, against a mob that tries to

1  thwart the transition of power to the next president.

2  These actions I'm charged with do not convey who I

3  am or what I believe in.  Now, and in the future, I will

4  continue to be a contributing person in society, and will

5  respect the rule of law.  I understand the seriousness of my

6  actions, accept responsibility for my actions and the

7  consequences that come along with it.  I vow to become a

8  better, more compassionate and upstanding citizen from this.

9  Thank you.

10  **THE COURT:**  Thank you.  Mr. Corlija, anything else

11  you want to add or anyone else you want me to hear from?

12  **MR. CORLIJA:**  No, Your Honor.

13  **THE COURT:**  Let me ask Mr. Reimler one question,

14  which is -- and I think I know the answer to this question

15  based on your remarks, but do you fully associate with

16  everything that's contained in the memorandum that your

17  lawyer filed with the Court?  Do you know what I'm talking

18  about?  I assume you reviewed the sentencing memorandum he

19  filed?

20  **THE DEFENDANT:**  Yes, Your Honor.

21  **THE COURT:**  And does that memorandum express your

22  sentiments?

23  **THE DEFENDANT:**  Yes, Your Honor, it does.  I

24  reviewed it, and I agreed to everything that was contained

25  within.

1      **THE COURT:**  Okay, thank you.  Ms. Iyengar,

2  anything else you want to add?

3      **MS. IYENGAR:**  No, Your Honor, nothing else from

4  the Government.

5      **THE COURT:**  Well, thank you.  So the reason that I

6  asked you that question, Mr. Reimler, was I was, I have to

7  say, thoroughly impressed with the memorandum that your

8  lawyer filed in this case.

9      **MR. CORLIJA:**  Thank you, Your Honor.

10      **THE COURT:**  And I was thoroughly impressed with

11  the comments that you just made, because I do think that

12  they do an excellent job of conveying the gravity of the

13  events that occurred.

14      I have assessed the particular facts in light of

15  the 3553(a) factors, and the first of those factors that I

16  need to consider is the nature of the offense.  And I just

17  want to take a second to read some of what your lawyer said,

18  which echoes I think what you've just said to me, in

19  describing the nature of the events and the nature of what

20  occurred that day.  And this is not what the Government is

21  saying in this case, this is what you're saying to the Court

22  in this case:

23          "It cannot be understated that the events

24      which took place at the United States Capitol on

25      January 6th, 2021 were despicable acts of violence

1    that served to undermine the electoral process, a

2    fundamental bedrock of democracy, a principle on

3    which the United States of America was founded.

4    Some of the acts which took place during the riot

5    at the United States Capitol on January 6th, 2021

6    led to serious injury or death to others.  The

7    United States Capitol Police, and other law

8    enforcement officers, valiantly defended one of

9    the nation's most sacred buildings against an

10   attack, which was made even more abhorrent given

11   that it was undertaken by United States citizens

12   or individuals residing in the country's borders.

13        "From the outset, Mr. Reimler was shocked

14   that a political rally descended into a violent

15   confrontation inside and on the front steps of the

16   United States Capitol building.  Reimler witnessed

17   individuals force entry into the building and

18   attempt to disrupt a normal and necessary function

19   of government performed by duly-elected

20   representatives.  It is important to note that

21   Reimler himself never took part in any act that

22   would have caused intimidation, fear or harm to

23   anyone.  He never engaged in conduct which was

24   destructive in any form.

25        "Reimler did not take issue with" -- "does

1    not take issue with the fact that he was a person

2    in the crowd that was not lawfully authorized to

3    enter or remain in the Capitol building; and that

4    prior to his entry, no members of the crowd

5    submitted to security screening or weapons checks

6    by the United States Government" -- "by the United

7    States Capitol Police Officers or other authorized

8    security officials.  In the moment of chaos,

9    Reimler followed along with others that entered

10   the building."

11        To my mind, that does an excellent job of

12   describing how truly abhorrent the events of that day were.

13   The memorandum also says:

14        "A crowd of enormous size gathered outside

15   the building.  Temporary and permanent barricades

16   were in place around the exterior of the Capitol

17   building.  United States Capitol Police and law

18   enforcement were present, and desperately

19   attempted to keep the crowd away from the Capitol.

20   The crowd, in a mass frenzy, advanced to the

21   exterior facade of the building."

22        And then it continues:  "The gravity of the

23   events of January 6th, 2021 cannot be diminished.

24   The country suffered an indelible scar, and the

25   event revealed the larger problem of a potentially

1        violent political rift among fellow countrymen.

2        The division may be accurately categorized as a

3        societal ill once it rose to the level of violence

4        and destruction as seen on January 6th, 2021.

5        Mr. Reimler only requests that the Court weigh the

6        seriousness of his personal conduct on January 6th

7        rather than the collective mayhem that occurred."

8            As I have said previously, the events of that day

9    were abhorrent; not just to the rule of law, but to the

10   fundamental nature of what this country stands for; to the

11   notion that goes back to our founding of the peaceful

12   transition of power.  And there were people there that day

13   who did not believe in democracy and sought to undermine

14   democracy; did not believe in the electoral process and

15   sought to interfere and to undermine the electoral process.

16   To my mind, there are few offenses that are more serious

17   than to attack the democracy on which -- the democratic

18   principles upon which this country was founded.  So that is,

19   of course, the backdrop.

20           I also, though, take seriously Mr. Reimler's

21   assertion through his lawyer that I need to consider his

22   role on that day.  And that takes me -- well, before I move

23   to the nature of the character of the offender, let me say

24   something about Mr. Reimler's role that day.  His role in

25   that day was clearly less severe than many.  He did not

1  engage in any violence.  He did not engage in any

2  destruction of property.  He did not make his way to the

3  chamber of either house of Congress.  He did not engage in

4  any combative conduct with law enforcement.  And thus, on

5  the scale of things, his conduct is on the low end of the

6  scale of the events that occurred that day.  And he's

7  charged appropriately in that respect, and his plea is

8  consistent with that.

9       Had Mr. Reimler engaged in any violent conduct,

10  had he engaged in conduct which demonstrated that he was

11  there to actually disrupt the electoral process itself, he

12  would be facing much more serious charges.  And if he pled

13  guilty or was convicted of those charges, he would be facing

14  a lengthy prison term.  So I think that the fact that

15  Mr. Reimler has pled guilty to a misdemeanor is consistent

16  with all of that.

17       With respect to the character of the offender,

18  which is something else I need to consider, I have to say I

19  am impressed by what Mr. Reimler had to say here today.

20  I've been impressed by his demeanor.  I'm impressed by his

21  contrition, which I think is truly heartfelt.  Judges all

22  the time are used to having people, when it comes time for

23  sentencing, tell them how remorseful they are and how sorry

24  they are.  I truly believe it in Mr. Reimler's case.  He's

25  given me no reason to think otherwise.  He's not one of

1    these individuals who, after the events, was posting things

2    on social media crowing about what happened on the Capitol.

3    And he's given me no reason to doubt in any way that his

4    presence there is among the greater regrets in his life, and

5    I take that seriously.

6          I also was impressed by the letters that were

7    submitted on his behalf.  He has no criminal record to speak

8    of.  He has an arrest from his college days, but not a

9    conviction.  Otherwise, he appears to be somebody who has

10   lived, and is continuing to live, the type of life that we

11   would expect and hope for.  He's a productive member of

12   society; he works very hard.  His employer is impressed with

13   him.  His family and fiance and friends think highly of him.

14   So I think he has demonstrated that, and the Court has no

15   question about his character.

16         With respect to the types of sentences available

17   here, the Government has requested that I impose a sentence

18   of two months of home detention as part of a probationary

19   term of three years, along with 60 hours of community

20   service and $500 in restitution.  The probation office has

21   recommended a period of two years probation, a $3,000 fine

22   and a $500 payment for restitution.  As I've indicated, the

23   guidelines don't apply in this case, and so I don't have a

24   guidelines sentence to draw on.

25         But that leads me to the final factor in all of

1    this, which is -- maybe not the final, there are all sorts

2    of factors that go into sentencing, but the final

3    significant one from my perspective, and that is the need to

4    avoid unwarranted sentencing disparity.  The Government

5    submitted along with its memorandum what I thought was a

6    very helpful chart that listed sentences that judges have

7    imposed in other cases.  And I have to say, going through

8    that -- and I went back and actually in a number of those

9    cases pulled the sentencing memoranda to actually find out

10   what actually happened in each of those cases, and to do my

11   best to try and make sure that what I'm doing fits with what

12   my colleagues have been doing.

13          And one thing I will say is I was impressed upon

14   looking at this at the extent to which my colleagues have

15   engaged in sentencing which has been consistent across

16   cases; and where I'm able to, going back and looking

17   carefully at what happened in each of these cases, discern

18   some of the differences.  I went back and I did as the

19   Government requested and looked at the Bustle case where

20   Judge Hogan imposed a sentence of 60 days of home detention

21   on Jessica Bustle.  I also looked at the sentence that Judge

22   Friedrich imposed in the Dillon case where she imposed a

23   sentence of 60 days home detention.  I have to say, I

24   thought that at least the rhetoric in the Dillon case was

25   more severe than anything that was at issue here.

1          I was really interested in looking at this,

2     though, at some of the lines that Judge Nichols drew in the

3     Gallagher and Sweet and Fitchett cases which were all before

4     him in a single matter.  And there, Judge Nichols imposed a

5     period of 24 months of probation, 60 hours of community

6     service and a $500 restitution payment on Thomas Gallagher.

7     But he imposed periods of one month home detention, 36

8     months of probation and 60 hours of community service on

9     Cindy Fitchett and Douglas Sweet.  I went back and I looked

10    at the sentencing memoranda there, and Judge Nichols, I

11    think from what I concluded, that in the case of Thomas

12    Gallagher a lower sentence was imposed as I think it was

13    argued to him that there was some mitigation there because

14    Mr. Gallagher actually engaged in efforts to try and stem

15    the violence that occurred there.

16          I think that the conduct involving Cindy Fitchett

17    is to my mind a little bit more severe than is at issue in

18    this case.  But this case strikes me as pretty close to that

19    dealing with Douglas Sweet where Judge Nichols imposed a

20    sentence of one month home detention, 36 months probation,

21    60 hours community service and $500 restitution.  I think

22    that, in candor, there may be a slight difference between

23    this case and that case, and it's impossible to -- every

24    case is slightly different, and judges do their best to try

25    and find consistency; but at the same time, recognize that

1    every single case is different.

2         What I'm going to do -- and I'll set this forth in

3    greater detail in just a moment, is I am going to impose a

4    sentence of one month of home detention with 36 months of

5    probation, 60 hours of community service and $500

6    restitution, like Judge Nichols did in the Sweet case.  But

7    I want to stress that if this were home incarceration, I

8    would not do it.  Because the last thing I want to do is

9    interfere with Mr. Reimler's ability to work and to perform

10   his community service.  He's been very successful in his

11   job, and I don't want to do anything that would interfere

12   with that.

13        And I have to say, in imposing a sentence -- just

14   to finish my thoughts and then I'll actually impose the

15   sentence, I really, as I sit here, do not -- I do not come

16   away from this thinking that Mr. Reimler is a bad guy; that

17   he is anybody who showed up that day with the intention to

18   contribute to the horrible events that occurred that day.

19   But there are crimes that occur where people, without

20   deliberation, find themselves in situations where good

21   people are contributing to bad events.  There are

22   consequences when that happens here.

23        Mr. Reimler did know at the time that he entered

24   the Capitol that there were people who were breaking into

25   the building, and didn't have any reason to think this was a

1    peaceful assembly or these were merely tourists entering.

2    It may have been getting momentarily carried away with the

3    events of the day; not being a bad person, finding himself

4    briefly inside the Capitol when he knew he shouldn't have

5    been there, and quickly leaving without causing further

6    harm.  But as he and his lawyer have acknowledged, his mere

7    presence did contribute to what happened there.

8              There may be leaders of a mob and people who

9    engage in violence in a mob that is particularly

10   destructive, but they need people there.  And it's the size

11   of the mob itself that contributes to the horrendous

12   consequences that can follow.  I think in Mr. Reimler's

13   case, he was somebody who was not a bad person, who didn't

14   come to Washington with bad intentions.  He had a momentary

15   lapse in judgment that led him into the Capitol in a way in

16   which, just through his presence, he did contribute in some

17   marginal way to the horrendous events that occurred that

18   day.  And quite frankly, I think the sentence that I'm

19   imposing here is not a particularly severe one; and that the

20   misdemeanor charge is not a particular severe one; and that

21   Mr. Reimler will be able to move on with his life; and that

22   this appropriately strikes the balance.

23             So it is the judgment of the Court that you,

24   Nicholas Reimler, are hereby sentenced to a term of 36

25   months of probation on count three.  In addition, you are

1    ordered to pay a special assessment of $10 in accordance

2    with 18 U.S.C. section 3013.  While on supervision, you

3    shall abide by the following mandatory conditions as well as

4    the standard conditions of supervision, which are imposed to

5    establish the basic expectations of your conduct while on

6    supervision.

7         The mandatory conditions include you must not

8    commit another federal, state or local crime.  You must not

9    unlawfully possess a controlled substance.  You must refrain

10   from any unlawful use of a controlled substance.  You must

11   submit to one drug test within 15 days of placement on

12   supervision, and at least two periodic drug tests thereafter

13   as determined by the Court.

14        The Court authorizes supervision and jurisdiction

15   of this case to be transferred to the United States District

16   Court for the Eastern District of Missouri.

17        You are ordered to make restitution to the

18   Architect of The Capitol in the amount of $500.  The Court

19   has determined that you do not have the ability to pay

20   interest, and therefore waives any interest or penalties

21   that may accrue on the balance.  Restitution payments shall

22   be made to the Clerk of the Court for the United States

23   District Court for the District of Columbia, with

24   disbursement as follows:  The victim named Architect of The

25   Capitol, Office of the Chief Financial Officer, Attention

1    Kathy Sherrill, CPA, Ford House Office Building, Room

2    H2-205B, Washington, D.C. 20515.  And the loss amount is

3    $500.

4            You shall comply with the following special

5    conditions:  Restitution obligation.  You must pay the

6    balance of any restitution owed at a rate of not less than

7    $100 each month.  If the judgment imposes a financial

8    penalty, you must pay the financial penalty in accordance

9    with the schedule of payments sheet of the judgment.  You

10   must also notify the Court of any change in economic

11   circumstances that might affect the ability to pay this

12   financial penalty.

13           Financial payment schedule.  Having assessed the

14   defendant's ability to pay -- actually, strike that, I don't

15   think that's applicable here.

16           Financial information disclosure.  You must

17   provide the probation office access to any requested

18   financial information, and authorize the release of any

19   financial information.  The probation office may share

20   financial information with the United States Attorney's

21   Office.

22           Social media restriction.  You shall not access,

23   view or use any online social media, chat service, blogs,

24   instant messages, SMS, MMS, digital photos/video sharing

25   websites or any other interactive online or electronic

1   communications application or sites without the probation --

2   the approval of the probation officer.  You'll notice that I

3   dropped from that list e-mails.  I think it's appropriate

4   that Mr. Reimler can use e-mails, both for his business, but

5   also I think frankly for his personal purposes here.  And I

6   entered the social media restriction, my understanding is,

7   without objection from the defendant.  The probation officer

8   will have the authority to modify that restriction as

9   appropriate.

10          With respect to home detention, location

11  monitoring:  You'll participate in a location monitoring

12  program for a period of 30 days, and shall abide by all

13  technology requirements as determined by the probation

14  office.  You may be required to maintain a telephone in your

15  place of residence without any service that would interfere

16  with the operation of the location monitoring equipment for

17  the above period at the discretion of the probation officer,

18  unless otherwise ordered by the Court.  You may be required

19  to wear a location monitoring device that may include global

20  positioning system and/or random tracking.  You must follow

21  the location monitoring procedures specified by the

22  probation office.

23          You are restricted to your residence at all times

24  except for employment, education, religious services,

25  medical, substance abuse or mental health treatment,

1    attorney visits, court appearances, court-ordered

2    obligations or other activities as approved by the

3    officer -- and that's home detention.

4         And Mr. Reimler, if you need to assist your

5    parents -- where I understand there could be some health

6    issues, you can ask the probation officer for approval if

7    you need to go over there and help them with some task that

8    they can't perform.

9         I'm also going to -- even though this is a little

10   bit at odds with what I just said, the mandatory drug

11   testing condition is suspended based on the Court's

12   determination that you pose a low risk of future substance

13   abuse, and so I will waive that requirement.

14        You must submit your person, property, house,

15   residence, vehicle, papers and computers as defined in 18

16   U.S.C. section 1031, other electronic communications or data

17   storage devices or media or office to search conducted by

18   the United States Probation Officer.  You must warn any

19   other occupants that the premises may be subject to searches

20   pursuant to this condition.  The probation officer, however,

21   may conduct a search under this condition only when

22   reasonable suspicion exists that you have violated a

23   condition of supervision, and that the areas to be searched

24   contain evidence of this violation.

25        The financial obligations are immediately payable

1    to the Clerk of the United States Court for the District of

2    Columbia, 333 Constitution Avenue, NW, Washington, D.C.

3    20001.  Within 30 days of any change of address, you shall

4    notify the Clerk of the Court of the change until such time

5    as the financial obligation is paid in full.  The probation

6    office shall release the presentence investigation report to

7    all appropriate agencies, which includes the United States

8    Probation Office in the approved district of residence, in

9    order to effect the sentence of the Court.  Treatment

10   agencies shall return the presentence report to the

11   probation office upon the defendant's completion or

12   termination from treatment.

13          Pursuant to 18 U.S.C. section 3742, you have a

14   right to appeal the sentence imposed by the Court if the

15   sentence is longer than the statutory maximum or the

16   sentence departs upward from the applicable guidelines

17   range.  If you choose to appeal, you must file an appeal

18   within 14 days after the Court enters judgment.  You also

19   have the right to appeal your sentence -- your conviction to

20   the extent consistent with your plea agreement.  As defined

21   in 28 U.S.C. section 2255, you also have a right to

22   challenge your conviction entered or your sentence imposed

23   if new and currently unavailable information becomes

24   available to you or on a claim that you received ineffective

25   assistance of counsel in entering a plea of guilty to the

1     offense of conviction or in connection with sentencing.  If

2     you're unable to afford the cost of an appeal, you may

3     request permission from the Court to file an appeal without

4     costs.

5          Let me ask, pursuant to the D.C. Circuit's

6     decision in United States v. Hunter, Ms. Iyengar, are there

7     any objections the Government has to the sentence imposed

8     that have not already been noted for the record?

9          **MS. IYENGAR:**  No, Your Honor.

10         **THE COURT:**  Mr. Corlija, is there anything else --

11    any objections that you have not noted for the record?

12         **MR. CORLIJA:**  No, Your Honor.

13         **THE COURT:**  Well, that concludes the sentencing in

14    this case.  Kristin -- I see the Deputy Clerk has something

15    to ask or raise.  I'm sorry, we can't hear you, Kristin.

16    You can text me if you want to raise something, just let me

17    know.  I still can't hear you.  Give me one second here, I'm

18    just going to --

19         **PROBATION OFFICER FIELD:**  Your Honor?

20         **THE COURT:**  Yes.

21         **PROBATION OFFICER FIELD:**  I apologize, I have a

22    couple of questions on behalf of probation, if the Court

23    would take those questions at this moment?

24         **THE COURT:**  Of course, please.

25         **PROBATION OFFICER FIELD:**  The location monitoring,

1   is the cost to the defendant going to be waived or is the

2   Court ordering him to pay the cost of any equipment?

3           **THE COURT:**  I will waive that.  And actually, now

4   that you mention it, too, the other thing that I didn't read

5   into my judgment was the 60 hours of community service, too.

6           **PROBATION OFFICER FIELD:**  Thank you, Your Honor.

7   Would the Judge like to impose a timeframe that the -- that

8   Mr. Reimler has to complete the community service hours?

9           **THE COURT:**  What's your recommendation for that?

10          **PROBATION OFFICER FIELD:**  If the Court is

11  sentencing him to 36 months probation, we would request that

12  he complete those hours within 30 months so that they're

13  completed well before probation expires so that there's no

14  concerns.

15          **THE COURT:**  Mr. Corlija, any objection to that?

16          **MR. CORLIJA:**  No objection, Your Honor.

17          **THE COURT:**  Then I will order that the 60 hours of

18  community service be completed within 30 months.

19          **PROBATION OFFICER FIELD:**  And just two last

20  questions, Your Honor.  I didn't hear if the Court ordered a

21  fine in this case?

22          **THE COURT:**  No, I did not order the imposition of

23  a fine, no.

24          **PROBATION OFFICER FIELD:**  Okay.  And then Your

25  Honor mentioned that jurisdiction was to be transferred to

1    the Eastern District of Missouri.  Would the Court -- does

2    the Court want me to provide the transfer of jurisdiction

3    paperwork to your CRD, would that be the best way to get

4    that for your signature?

5          **THE COURT:**  That's perfect, thank you.

6          **PROBATION OFFICER FIELD:**  Okay.  Thank you very

7    much, Your Honor.

8          **THE COURT:**  Well, thank you for your questions,

9    they were all helpful.  Give me a moment here, I'm going to

10   put you all on mute just for a second while I talk to the

11   Deputy Clerk.

12        (Discussion off the record)

13        **THE COURT:**  So the Deputy Clerk reminded me that I

14   think we need a motion from the Government with respect to

15   the remaining counts.

16        **MS. IYENGAR:**  Yes, Your Honor, I'm sorry.  The

17   Government would be moving to dismiss all of the remaining

18   counts except for I believe count three of the information,

19   which the defendant pled guilty to.

20        **THE COURT:**  Without objection, the remaining

21   counts, which are counts one and two, are dismissed.

22             Anything further, Ms. Iyengar?

23        **MS. IYENGAR:**  Nothing further from the Government,

24   Your Honor.

25        **THE COURT:**  Mr. Corlija?

1          **MR. CORLIJA:**  No, Your Honor.  Thank you.

2          **THE COURT:**  Well, Mr. Reimler, I wish you well.  I

3   know this is an unpleasant aspect in your life, but I wish

4   you well in moving on past this.  I'm confident that you

5   will move past this, and you will have a productive life in

6   which this is just a small blip.  So good luck to you.

7          **THE DEFENDANT:**  Thank you, Your Honor.

8          **THE COURT:**  Thank you.

9          (Proceedings adjourned at 2:58 p.m.)

1                        **C E R T I F I C A T E**

2

3                I, **Jeff Hook, Official Court Reporter**,

4    certify that the foregoing is a true and correct transcript

5    of the remotely reported proceedings in the above-entitled

6    matter.

7                    **PLEASE NOTE:**  This hearing occurred during

8    the COVID-19 pandemic and is therefore subject to the

9    technological limitations of court reporting remotely.

10

11

12

13        **January 10, 2022**                _____

14            **DATE**                            **Jeff M. Hook**

15

16

17

18

19

20

21

22

23

24

25

**$**
$10 [2]   7/5 28/1
$100 [1]   29/7
$3,000 [2]   7/4 23/21
$5,000 [1]   7/10
$500 [9]   7/5 10/6 23/20 23/22 25/6 25/21 26/5 28/18 29/3

**0**
0239 [1]   1/4

**1**
10 [1]   1/6
100 [1]   15/21
1031 [1]   31/16
14 [1]   32/18
15 [1]   28/11
18 [5]   5/19 7/24 28/2 31/15 32/13
19 [1]   37/8
1:21-cr-0239 [1]   1/4

**2**
20001 [2]   1/25 32/3
2021 [5]   1/6 18/25 19/5 20/23 21/4
20212 [1]   5/24
20515 [1]   29/2
20530 [1]   1/15
205B [1]   29/2
21-239 [1]   2/2
2255 [1]   32/21
239 [1]   2/2
24 [2]   7/4 25/5
28 [1]   32/21
2:06 [1]   1/7
2:58 p.m [1]   36/9

**3**
30 [4]   30/12 32/3 34/12 34/18
3013 [1]   28/2
333 [2]   1/24 32/2
3553 [5]   5/20 7/25 8/16 14/23 18/15
36 [5]   25/7 25/20 26/4 27/24 34/11
3742 [1]   32/13
3rd [1]   5/24

**4**
40 [1]   2/10
4700-C [1]   1/24
4th [1]   1/14

**5**
5104 [1]   2/11
5205 [1]   1/17
555 [1]   1/14

**6**
60 [10]   10/6 23/19 24/20 24/23 25/5 25/8 25/21 26/5 34/5 34/17

63109 [1]   1/18
6th [8]   12/4 12/7 15/14 18/25 19/5 20/23 21/4 21/6

**A**
abhorrent [3]   19/10 20/12 21/9
abide [2]   28/3 30/12
ability [4]   26/9 28/19 29/11 29/14
able [4]   4/15 9/16 24/16 27/21
above [2]   30/17 37/5
above-entitled [1] 37/5
abuse [2]   30/25 31/13
accept [4]   6/19 13/13 16/17 17/6
accepted [1]   13/13
access [2]   29/17 29/22
accordance [2]   28/1 29/8
accordingly [1] 15/5
accost [1]   12/23
account [4]   11/22 12/2 13/25 14/12
accountability [1] 12/11
accountable [2] 13/7 13/10
accrue [1]   28/21
accurate [1]   14/25
accurately [2]   4/16 21/2
acknowledged [1] 27/6
across [1]   24/15
act [1]   19/21
acted [1]   11/23
action [3]   1/4 2/2 11/25
actions [9]   12/2 12/12 15/13 16/3 16/8 16/18 17/2 17/6 17/6
activities [1]   31/2
actors [2]   11/22 13/17
acts [5]   9/25 12/6 16/19 18/25 19/4
actually [11]   5/10 9/11 9/13 22/11 24/8 24/9 24/10 25/14 26/14 29/14 34/3
add [4]   7/13 7/21 17/11 18/2
addition [2]   8/8 27/25
address [3]   2/14 2/23 32/3
adequate [1]   8/6
adjourned [1]   36/9
advanced [1]   20/20

affect [1]   29/11
affected [1]   15/14
afford [2]   8/6 33/2
afternoon [1]   15/12
against [2]   16/25 19/9
agencies [2]   32/7 32/10
aggravating [2] 8/21 8/23
agree [3]   2/17 3/15 3/20
agreed [1]   17/24
agreement [1]   32/20
allow [1]   10/24
allowing [1]   4/2
alone [1]   16/24
along [5]   4/8 17/7 20/9 23/19 24/5
although [1]   10/20
AMERICA [3]   1/3 2/3 19/3
American [2]   16/16 16/23
Americans [1]   16/7
among [4]   8/12 13/1 21/1 23/4
amount [4]   7/5 11/12 28/18 29/2
and/or [2]   7/10 30/20
angels [1]   12/20
anxious [1]   5/6
apart [1]   13/16
apologize [1]   33/21
apparent [2]   11/15 11/21
appeal [6]   32/14 32/17 32/17 32/19 33/2 33/3
appear [1]   9/3
appearances [2] 1/12 31/1
appearing [1]   2/4
appears [1]   23/9
applicable [2]   29/15 32/16
application [2]   8/19 30/1
apply [2]   6/23 23/23
appointments [1] 10/25
appropriate [10] 2/17 2/18 3/21 4/4 4/19 4/20 16/20 30/3 30/9 32/7
appropriately [2] 22/7 27/22
approval [2]   30/2 31/6
approved [2]   31/2 32/8
Architect [2]   28/18 28/24
areas [1]   31/23
argued [1]   25/13
argument [1]   5/2
arguments [2]   8/18 10/23

around [3]   14/5 15/18 20/16
arrest [1]   23/8
aspect [1]   36/3
assault [1]   12/21
assembly [1]   27/1
assertion [1]   21/21
assessed [2]   18/14 29/13
assessment [2]   7/5 28/1
assist [1]   31/4
assistance [2]   6/10 32/25
associate [1]   17/15
assume [1]   17/18
assuming [1]   3/21
astonished [1]   14/5
astonishment [2] 9/6 9/8
attack [3]   16/21 19/10 21/17
attempt [1]   19/18
attempted [1]   20/19
Attention [1]   28/25
attorney [1]   31/1
Attorney's [3]   1/13 13/22 29/20
authority [1]   30/8
authorize [1]   29/18
authorized [2]   20/2 20/7
authorizes [1]   28/14
available [3]   8/14 23/16 32/24
Avenue [3]   1/17 1/24 32/2
avoid [2]   8/11 24/4
aware [3]   7/18 13/11 13/23
away [4]   15/23 20/19 26/16 27/2

**B**
back [7]   12/14 16/2 21/11 24/8 24/16 24/18 25/9
backdrop [1]   21/19
bad [5]   26/16 26/21 27/3 27/13 27/14
balance [3]   27/22 28/21 29/6
Bankruptcy [1]   1/23
barricades [1] 20/15
based [3]   13/8 17/15 31/11
bases [1]   11/16
basic [1]   28/5
basis [2]   2/18
became [2]   11/15 11/21
become [1]   17/7
becomes [1]   32/23
bedrock [1]   19/2
beginning [1]   2/11
begins [1]   12/11
behalf [6]   4/9 4/14 4/15 11/13 23/7

**B**

behalf... [1]   33/22
best [3]   24/11
25/24 35/3
better [3]   3/11
12/20 17/8
beyond [1]   9/7
bit [2]   25/17 31/10
blip [1]   36/6
blogs [1]   29/23
borders [1]   19/12
both [1]   30/4
bottom [1]   5/6
breach [5]   9/4 9/15
9/18 16/10 16/11
breaking [1]   26/24
brief [1]   4/13
briefly [1]   27/4
building [23]   2/10
8/25 9/1 9/4 9/13
9/14 9/15 9/17 9/18
9/19 9/20 12/16
15/16 15/18 19/16
19/17 20/3 20/10
20/15 20/17 20/21
26/25 29/1
buildings [2]   12/20
19/9
BURTON [2]   1/6 2/3
business [1]   30/4
Bustle [2]   24/19
24/21

**C**

calculated [1]
11/24
calculating [1]
6/25
called [1]   11/22
callous [1]   14/12
came [1]   10/9
can [7]   3/24 4/3
16/2 27/12 30/4
31/6 33/16
candor [1]   25/22
capable [1]   14/11
Capitol [27]   2/10
8/25 9/1 9/12 12/5
13/9 14/10 15/16
15/18 15/19 16/10
16/11 18/24 19/5
19/7 19/16 20/3
20/7 20/16 20/17
20/19 23/2 26/24
27/4 27/15 28/18
28/25
caption [2]   9/2 9/7
carefully [1]   24/17
carried [1]   27/2
carries [1]   7/9
case [31]   2/19 2/23
3/17 6/10 6/24 7/3
8/22 10/11 13/15
13/20 14/22 18/8
18/21 18/22 22/24
23/23 24/19 24/22
24/24 25/11 25/18
25/18 25/23 25/23
25/24 26/1 26/6

27/13 28/15 33/14
34/21
cases [7]   10/10
24/7 24/9 24/10
24/16 24/17 25/3
categorized [1]
21/2
cause [1]   3/22
caused [1]   19/22
causing [1]   27/5
centered [1]   13/6
certain [1]   2/22
certify [1]   37/4
challenge [1]   32/22
chamber [1]   22/3
change [3]   29/10
32/3 32/4
chaos [3]   12/10
14/4 20/8
character [4]   15/1
21/23 22/17 23/15
characteristics [2]
8/10 10/8
charge [1]   27/20
charged [2]   17/2
22/7
charges [3]   3/25
22/12 22/13
chart [1]   24/6
chat [1]   29/23
checks [1]   20/5
Chief [1]   28/25
choice [1]   9/19
choices [1]   12/13
choose [1]   32/17
Cindy [2]   25/9
25/16
Circuit's [1]   33/5
circumstances [2]
8/9 29/11
citizen [1]   17/8
citizens [1]   19/11
claim [1]   32/24
clarify [2]   7/14
7/21
class [1]   6/22
clearly [1]   21/25
Clerk [6]   28/22
32/1 32/4 33/14
35/11 35/13
close [1]   25/18
colleagues [2]
24/12 24/14
collective [1]   21/7
college [1]   23/8
COLUMBIA [4]   1/1
1/14 28/23 32/2
combative [1]   22/4
comments [1]   18/11
Commission [1]   6/23
commit [1]   28/8
committed [2]   13/16
13/16
communications [2]
30/1 31/16
community [11]   10/7
14/20 23/19 25/5
25/8 25/21 26/5
26/10 34/5 34/8
34/18

compassionate [1]
17/8
complete [2]   34/8
34/12
completed [2]   34/13
34/18
completion [1]
32/11
complied [1]   10/3
comply [2]   8/1 29/4
computers [1]   31/15
concerns [2]   6/15
34/14
conclude [3]   3/23
4/4 15/4
concluded [1]   25/11
concludes [1]   33/13
concur [1]   3/10
condition [4]   31/11
31/20 31/21 31/23
conditions [6]   10/3
14/17 28/3 28/4
28/7 29/5
conduct [14]   8/6
8/14 10/2 10/8 15/1
19/23 21/6 22/4
22/5 22/9 22/10
25/16 28/5 31/21
conducted [1]   31/17
conducting [1]   3/3
confident [1]   36/4
confinement [4]
10/6 10/18 11/2
11/5
confrontation [1]
19/15
Congress [3]   5/18
7/24 22/3
connection [1]   33/1
consent [2]   3/3 4/5
consequences [3]
17/7 26/22 27/12
consider [9]   4/11
4/24 7/23 8/9 14/14
14/22 18/16 21/21
22/18
considerable [1]
11/11
considerations [1]
7/14
considered [1]   12/5
consistency [1]
25/25
consistent [7]   5/18
13/20 15/6 22/8
22/15 24/15 32/20
conspirators [1]
11/25
constantly [1]   12/2
Constitution [2]
1/24 32/2
constitutional [2]
16/9 16/13
contain [1]   31/24
contained [2]   17/16
17/24
continue [1]   17/4
continues [1]   20/22
continuing [1]
23/10

contribute [3]
26/18 27/7 27/16
contributed [1]
16/18
contributes [1]
27/11
contributing [2]
17/4 26/21
contrition [2]   4/1
22/21
controlled [2]   28/9
28/10
convey [2]   4/15
17/2
conveyed [1]   4/16
conveying [1]   18/12
convicted [1]   22/13
conviction [4]   23/9
32/19 32/22 33/1
cooperation [1]
16/17
CORLIJA [12]   1/16
1/17 2/5 3/1 4/10
6/5 7/13 11/9 17/10
33/10 34/15 35/25
cost [3]   33/2 34/1
34/2
costs [1]   33/4
counsel [2]   5/15
32/25
count [3]   2/9 27/25
35/18
country [5]   15/25
16/1 20/24 21/10
21/18
country's [1]   19/12
countrymen [1]   21/1
counts [4]   35/15
35/18 35/21 35/21
couple [1]   33/22
course [7]   4/18 5/4
11/24 12/17 14/7
21/19 33/24
court [50]
Court's [2]   15/4
31/11
court-ordered [1]
31/1
Courts [1]   1/23
cover [1]   11/16
COVID [1]   37/8
COVID-19 [1]   37/8
CPA [1]   29/1
cr [1]   1/4
CRD [1]   35/3
crime [1]   28/8
crimes [2]   8/7
26/19
criminal [5]   1/4
2/2 8/6 11/22 23/7
crippled [1]   16/22
crowd [6]   16/18
20/2 20/4 20/14
20/19 20/20
crowing [1]   23/2
culpability [1]
13/14
currently [1]   32/23

**D**

damage [2]   12/18
12/22
data [1]   31/16
DATE [1]   37/14
day [20]   12/13
15/15 15/18 15/24
16/1 16/8 16/11
16/21 18/20 20/12
21/8 21/12 21/22
21/24 21/25 22/6
26/17 26/18 27/3
27/18
days [7]   23/8 24/20
24/23 28/11 30/12
32/3 32/18
DC [3]   1/5 1/15
1/25
dealing [1]   25/19
death [1]   19/6
December [2]   1/6
5/24
December 3rd [1]
5/24
deciding [1]   11/12
decision [1]   33/6
decisions [1]   12/16
deem [1]   14/18
defend [2]   15/20
16/24
defendant [13]   1/7
1/16 2/4 2/5 2/8
8/7 8/10 8/25 9/13
9/25 30/7 34/1
35/19
defendant's [6]   9/5
9/11 9/24 10/7
29/14 32/11
defendants [1]   8/12
defended [1]   19/8
defending [1]   16/25
defense [1]   6/6
defined [2]   31/15
32/20
degrees [1]   13/14
delay [2]   3/12 3/22
delayed [1]   2/20
deleterious [1]
13/3
deliberate [1]
12/25
deliberation [2]
11/24 26/20
demeanor [2]   15/1
22/20
democracy [7]   15/25
16/8 16/14 19/2
21/13 21/14 21/17
democratic [2]   12/9
21/17
demonstrated [2]
22/10 23/14
demonstrating [1]
2/9
departs [1]   32/16
Deputy [3]   33/14
35/11 35/13
descended [1]   19/14
described [1]   10/16

describing [2]
18/19 20/12
desire [2]   4/1 12/5
desperately [1]
20/18
despicable [2]   12/4
18/25
Despite [3]   12/21
12/22 12/23
destruction [7]
10/1 12/6 14/10
15/15 16/19 21/4
22/2
destructive [2]
19/24 27/10
detail [1]   26/3
detention [14]
10/20 10/24 11/5
13/8 13/18 14/18
23/18 24/20 24/23
25/7 25/20 26/4
30/10 31/3
deteriorated [1]
12/10
determination [1]
31/12
determine [1]   5/12
determined [3]
28/13 28/19 30/13
deterrence [2]   8/6
14/20
device [1]   30/19
devices [1]   31/17
difference [2]
10/23 25/22
differences [2]   5/9
24/18
different [3]   10/22
25/24 26/1
differing [1]   16/22
digital [1]   29/24
Dillon [2]   24/22
24/24
diminished [1]
20/23
disagree [1]   14/1
disbursement [1]
28/24
discern [1]   24/17
disclosure [1]
29/16
discretion [1]
30/17
discuss [1]   6/18
discussed [3]   3/2
7/18 11/17 11/18
discussion [2]   3/9
35/12
dismiss [1]   35/17
dismissed [1]   35/1
disparities [1]
8/12
disparity [1]   24/4
disrespectful [1]
13/1
disrupt [2]   19/18
22/11
distinction [1]
10/21
distinctions [1]

13/15
district [12]   1/1
1/1 1/10 1/14 1/23
28/15 28/16 28/23
28/23 32/1 32/8
35/1
division [1]   21/2
done [1]   11/23
doubt [1]   23/3
Douglas [2]   25/9
25/19
draw [1]   23/24
drew [1]   25/2
dropped [1]   30/3
drug [4]   11/25
28/11 28/12 31/10
duly [1]   19/19
duly-elected [1]
19/19
during [3]   12/12
19/4 37/7
duty [1]   16/13

**E**

e-mails [2]   30/3
30/4
early [2]   10/2
13/13
Eastern [2]   28/16
35/1
echoes [1]   18/18
economic [1]   29/10
education [1]   30/24
effect [1]   32/9
efforts [1]   25/14
either [1]   22/3
elected [1]   19/19
electoral [4]   19/1
21/14 21/15 22/11
electronic [2]
29/25 31/16
else [13]   4/10 4/21
4/23 5/16 7/13 7/20
11/7 17/10 17/11
18/2 18/3 22/18
33/10
embezzlers [1]   12/1
employer [1]   23/12
employment [1]
30/24
end [2]   14/24 22/5
endeavor [1]   15/3
enforcement [3]
19/8 20/18 22/4
engage [5]   9/25
22/1 22/1 22/3 27/9
engaged [6]   12/4
19/23 22/9 22/10
24/15 25/14
enormous [1]   20/14
enough [2]   6/13
6/17
ensure [1]   7/25
enter [2]   9/19 20/3
entered [6]   12/14
13/8 20/9 26/23
30/6 32/22
entering [3]   9/12
27/1 32/25
enters [1]   32/18

entitled [1]   37/5
entry [3]   9/14
19/17 20/4
equipment [2]   30/16
34/2
eroded [1]   16/23
essential [1]   13/12
establish [1]   28/5
ETHAN [3]   1/16 1/17
2/5
evaluating [1]
14/22
even [2]   19/10 31/9
event [3]   9/9 12/10
20/25
events [15]   15/15
15/24 16/21 18/13
18/19 18/23 20/12
20/23 21/8 22/6
23/1 26/18 26/21
27/3 27/17
evidence [1]   31/24
exactly [1]   7/17
excellent [2]   18/12
20/11
except [2]   30/24
35/18
exercise [1]   12/8
exercising [1]   16/9
existence [1]   15/2
exists [2]   13/1
31/22
expect [2]   16/12
23/11
expectations [1]
28/5
expires [1]   34/13
express [2]   15/14
17/21
expressing [2]   9/6
9/7
expression [1]   9/8
extent [2]   24/14
32/20
exterior [2]   20/16
20/21

**F**

fabric [1]   16/23
facade [1]   20/21
facing [2]   22/12
22/13
fact [7]   6/21 11/16
13/6 13/8 13/24
20/1 22/14
factor [1]   23/25
factors [14]   5/18
7/24 8/8 8/16 8/20
8/21 8/22 8/23 9/22
14/21 15/5 18/15
18/15 24/2
facts [2]   6/20
18/14
factual [2]   6/1 6/6
factually [1]   5/8
fair [1]   5/17
families [1]   15/22
family [1]   23/13
far [1]   16/9
fashion [2]   5/17

**F**

fashion... [1]
15/21
fear [1]   19/22
federal [1]   28/8
feel [3]   3/11 4/14
6/12
feeling [1]   3/10
feels [1]   3/9
fellow [1]   21/1
felony [1]   2/19
few [5]   4/13 11/19
12/1 13/5 21/16
fiance [1]   23/13
Field [1]   2/6
fight [1]   12/24
file [2]   32/17 33/3
filed [5]   5/24 15/2
17/17 17/19 18/8
filings [1]   5/1
final [6]   5/17 5/20
5/23 23/25 24/1
24/2
financial [11]
28/25 29/7 29/8
29/12 29/13 29/16
29/18 29/19 29/20
31/25 32/5
find [3]   24/9 25/25
26/20
finding [4]   2/20
3/22 3/24 27/3
findings [1]   6/20
fine [6]   7/4 7/10
14/16 23/21 34/21
34/23
finish [1]   26/14
first [3]   5/12 8/24
18/15
Fitchett [3]   25/3
25/9 25/16
fits [1]   24/11
five [1]   7/11
follow [2]   27/12
30/20
followed [2]   12/14
20/9
following [2]   28/3
29/4
follows [1]   28/24
For the Defendant [1]
1/16
force [2]   9/14
19/17
Ford [1]   29/1
foregoing [1]   37/4
form [1]   19/24
forth [3]   6/1 6/6
26/2
Fortunately [1]
12/18
forward [1]   4/3
found [1]   8/13
founded [2]   19/3
21/18
founding [1]   21/11
four [1]   5/5
frankly [3]   3/25
27/18 30/5

fraudsters [1]   12/1
free [2]   12/8 16/12
frenzy [1]   20/20
Friedrich [1]   24/22
friends [1]   23/13
front [1]   19/15
fulfill [1]   14/20
full [1]   32/5
fully [3]   4/16 6/9
17/15
function [1]   19/18
fundamental [2]
19/2 21/10
funny [1]   9/9
further [6]   2/20
3/13 3/22 27/5
35/22 35/23
future [3]   8/7 17/3
31/12

**G**

Gallagher [4]   25/3
25/6 25/12 25/14
gathered [1]   20/14
given [7]   3/16 3/24
3/25 16/13 19/10
22/25 23/3
global [1]   30/19
goals [1]   14/20
goes [1]   21/11
good [3]   15/12
26/20 36/6
governed [1]   16/17
government [24]
1/13 2/5 4/23 5/15
5/25 6/3 8/15 9/23
10/17 10/17 13/5
16/14 16/19 18/4
18/20 19/19 20/6
23/17 24/4 24/19
33/7 35/14 35/17
35/23
Government's [1]
10/18
gravity [2]   18/12
20/22
great [1]   16/1
greater [3]   8/1
23/4 26/3
guess [1]   2/23
guidelines [5]   6/23
6/25 23/23 23/24
32/16
guilty [8]   2/9 6/22
7/9 8/13 22/13
22/15 32/25 35/19
guy [1]   26/16

**H**

H2 [1]   29/2
H2-205B [1]   29/2
Hampton [1]   1/17
Hana [1]   2/6
happened [6]   15/17
16/1 23/2 24/10
24/17 27/7
happening [1]   12/15
happens [1]   26/22
happy [1]   4/20
hard [1]   23/12

harm [6]   2/21 3/23
12/6 12/24 19/22
27/6
haunt [1]   12/17
health [2]   30/25
31/5
hear [7]   4/20 4/21
5/15 17/11 33/15
33/17 34/20
heard [3]   5/16 8/15
15/9
hearing [1]   37/7
heartfelt [1]   22/21
held [2]   12/2 13/7
help [1]   31/7
helpful [2]   24/6
35/9
hereby [1]   27/24
highlight [1]   8/20
highlighted [1]
9/24
highly [1]   23/13
himself [3]   9/25
19/21 27/3
hinder [1]   16/13
history [2]   8/10
10/8
Hogan [1]   24/20
hold [1]   11/22
home [21]   10/6
10/18 10/20 10/24
11/1 11/3 11/3 11/5
11/5 13/8 13/18
14/18 23/18 24/20
24/23 25/7 25/20
26/4 26/7 30/10
31/3
Honor [42]
HONORABLE [1]   1/10
HOOK [3]   1/22 37/3
37/14
hope [2]   15/3 23/11
horrendous [3]
15/24 27/11 27/17
horrible [1]   26/18
hours [10]   10/6
23/19 25/5 25/8
25/21 26/5 34/5
34/8 34/12 34/17
house [3]   22/3 29/1
31/14
human [1]   13/2
Hunter [1]   33/6

**I**

ill [2]   16/5 21/3
ill-will [1]   16/5
illegally [1]   11/23
immediately [1]
31/25
important [3]   3/24
5/7 19/20
impose [8]   5/9 5/20
7/2 13/19 23/17
26/3 26/14 34/7
imposed [14]   8/3
8/11 24/7 24/20
24/22 24/22 25/4
25/7 25/12 25/19
28/4 32/14 32/22

33/7
imposes [2]   7/25
29/7
imposing [2]   26/13
27/19
imposition [1]
34/22
impossible [1]
25/23
impressed [8]   18/7
18/10 22/19 22/20
22/20 23/6 23/12
24/13
imprisonment [1]
7/10
in-person [2]   2/15
3/19
incarceration [2]
7/7 26/7
include [4]   8/2
14/18 28/7 30/19
includes [1]   32/7
indelible [1]   20/24
indicated [1]   23/22
indicates [2]   9/7
9/12
individuals [5]
9/13 11/24 19/12
19/17 23/1
ineffective [1]
32/24
inescapable [1]
13/14
information [6]
29/16 29/18 29/19
29/20 32/23 35/18
ingredients [1]
13/12
injured [1]   15/22
injury [1]   19/6
inside [3]   8/25
19/15 27/4
instant [1]   29/24
instead [1]   3/18
intended [2]   11/22
13/16
intent [1]   16/5
intention [1]   26/17
intentions [1]
27/14
interactive [1]
29/25
interest [2]   28/20
28/20
interested [1]   25/1
interests [5]   2/21
3/6 3/11 3/23 4/2
interfere [4]   21/15
26/9 26/11 30/15
intimidate [1]
12/24
intimidation [1]
19/22
into [9]   3/6 9/14
12/10 19/14 19/17
24/2 26/24 27/15
34/5
intolerant [1]   13/2
investigation [1]
32/6

**I**

involve [1]   5/5
involving [1]   25/16
irrational [1]
12/12
issue [6]   3/3 14/2
19/25 20/1 24/25
25/17
issues [1]   31/6
IYENGAR [13]   1/13
2/5 3/14 4/23 6/1
7/20 8/15 10/14
11/17 13/23 18/1
33/6 35/22

**J**

JANANI [2]   1/13 2/5
January [8]   12/4
12/7 15/14 18/25
19/5 20/23 21/4
21/6
January 6th [8]
12/4 12/7 15/14
18/25 19/5 20/23
21/4 21/6
JEFF [3]   1/22 37/3
37/14
Jessica [1]   24/21
job [3]   18/12 20/11
26/11
JUDGE [18]   1/10
11/20 11/20 12/1
12/19 13/2 13/11
13/17 14/9 14/13
24/20 24/21 25/2
25/4 25/10 25/19
26/6 34/7
judges [3]   22/21
24/6 25/24
judgment [6]   27/15
27/23 29/7 29/9
32/18 34/5
jurisdiction [3]
28/14 34/25 35/2
justice [5]   2/21
3/6 3/11 3/23 4/2
justified [1]   16/18

**K**

Kathy [1]   29/1
keep [1]   20/19
knew [1]   27/4
knowing [2]   9/18
14/1
known [2]   11/14
11/14
Kristin [2]   33/14
33/15

**L**

language [1]   14/8
lapse [1]   27/15
larger [2]   16/18
20/25
last [3]   11/12 26/8
34/19
laugh [3]   14/8 14/9
14/10
laughing [1]   13/25

law [7]   8/4 16/22
17/5 19/7 20/17
21/9 22/4
lawfully [1]   20/2
lawmakers [1]   15/20
lawyer [6]   6/10
17/17 18/8 18/17
21/21 27/6
leaders [1]   27/8
leads [1]   23/25
least [3]   2/23
24/24 28/12
leave [2]   10/24
11/3
leaving [1]   27/5
led [2]   19/6 27/15
legally [1]   5/8
lengthy [2]   13/18
22/14
less [2]   21/25 29/6
letters [2]   4/9
23/6
level [1]   21/3
life [10]   4/1 4/4
12/17 15/16 16/25
23/4 23/10 27/21
36/3 36/5
light [4]   7/7 9/3
9/9 18/14
limitations [1]
37/9
line [3]   5/6 10/7
10/9
lines [1]   25/2
list [1]   30/3
listed [1]   24/6
little [2]   25/17
31/9
live [3]   16/8 16/12
23/10
lived [1]   23/10
local [1]   28/8
located [1]   3/16
location [6]   30/10
30/11 30/16 30/19
30/21 33/25
LOL [1]   14/7
longer [1]   32/15
look [1]   14/5
looked [3]   24/19
24/21 25/9
looking [3]   24/14
24/16 25/1
lose [1]   16/25
loss [2]   15/15 29/2
loud [1]   14/8
Louis [1]   1/18
low [2]   22/5 31/12
lower [1]   25/12
luck [1]   36/6

**M**

Madam [1]   11/11
mails [2]   30/3 30/4
mainly [2]   11/20
13/6
maintain [1]   30/14
makes [4]   2/25 3/18
10/22 16/1
making [1]   13/25

malice [1]   16/4
mandatory [3]   28/3
28/7 31/10
many [3]   11/21
13/15 21/25
marginal [1]   27/17
mass [1]   20/20
material [1]   6/15
materials [4]   4/11
4/12 6/1 6/6
matter [4]   5/24
13/25 25/4 37/6
matters [1]   4/3
maximum [2]   7/9
32/15
may [13]   11/10 21/2
25/22 27/2 27/8
28/21 29/19 30/14
30/18 30/19 31/19
31/21 33/2
maybe [2]   2/25 24/1
mayhem [1]   21/7
mean [1]   11/5
media [12]   9/1 9/21
12/15 13/9 13/24
14/7 14/12 23/2
29/22 29/23 30/6
31/17
medical [2]   10/25
30/25
member [1]   23/11
members [1]   20/4
memoranda [3]   4/8
24/9 25/10
memorandum [14]
4/17 8/19 9/12 9/23
9/24 10/19 11/15
15/2 17/16 17/18
17/21 18/7 20/13
24/5
mental [1]   30/25
mention [1]   34/4
mentioned [2]   7/17
34/25
mere [1]   27/6
merely [1]   27/1
message [2]   12/14
13/24
messages [1]   29/24
middle [1]   12/18
might [2]   6/15
29/11
mind [4]   16/5 20/11
21/16 25/17
minutes [1]   9/20
misdemeanor [4]
2/22 6/22 22/15
27/20
Missouri [3]   2/16
28/16 35/1
misspoke [1]   11/4
mitigating [2]   8/22
9/22
mitigation [1]
25/13
MMS [1]   29/24
MO [1]   1/18
mob [6]   12/12 13/12
16/25 27/8 27/9
27/11

modify [1]   30/8
moment [5]   14/4
20/8 26/3 33/23
35/9
momentarily [1]
27/2
momentary [1]   27/14
monetary [1]   14/16
monitoring [6]
30/11 30/11 30/16
30/19 30/21 33/25
month [4]   25/7
25/20 26/4 29/7
months [12]   7/4 7/9
10/6 23/18 25/5
25/8 25/20 26/4
27/25 34/11 34/12
34/18
more [10]   11/2 13/7
13/10 14/9 17/8
19/10 21/16 22/12
24/25 25/17
MOSS [1]   1/10
most [2]   12/19 19/9
motion [1]   35/14
move [6]   4/1 4/3
9/16 21/22 27/21
36/5
moving [2]   35/17
36/4
Mr. [55]
Mr. Corlija [9]   3/1
4/10 6/5 7/13 11/9
17/10 33/10 34/15
35/25
Mr. Gallagher [1]
25/14
Mr. Reimler [33]
2/16 3/3 3/9 3/16
4/16 4/21 5/4 6/9
6/22 7/8 7/18 10/23
11/17 12/3 12/17
13/24 14/25 15/9
15/11 17/13 18/6
19/13 21/5 22/9
22/15 22/19 26/16
26/23 27/21 30/4
31/4 34/8 36/2
Mr. Reimler's [12]
3/25 4/9 4/14 8/22
10/11 11/13 14/22
21/20 21/24 22/24
26/9 27/12
Ms. [11]   3/14 4/23
6/1 7/20 8/15 10/14
11/17 13/23 18/1
33/6 35/22
Ms. Iyengar [11]
3/14 4/23 6/1 7/20
8/15 10/14 11/17
13/23 18/1 33/6
35/22
much [2]   22/12 35/7
must [13]   7/25 28/7
28/8 28/9 28/10
29/5 29/8 29/10
29/16 30/20 31/14
31/18 32/17
mute [1]   35/10

**N**

named [1]   28/24
nation's [4]   12/5
12/19 14/10 19/9
nature [12]   3/16
3/25 8/9 11/1 11/2
12/20 13/10 18/16
18/19 18/19 21/10
21/23
necessary [2]   8/1
19/18
need [18]   2/19 2/22
3/22 5/14 5/17 6/24
7/23 8/3 8/11 8/11
18/16 21/21 22/18
24/3 27/10 31/4
31/7 35/14
needs [1]   8/9
nervous [1]   14/9
new [1]   32/23
next [1]   17/1
NICHOLAS [19]   1/6
2/3 2/8 12/6 12/11
12/12 12/21 12/22
12/24 12/25 13/6
13/11 13/15 13/17
14/2 14/2 14/3
14/11 27/24
Nicholas' [1]   12/20
Nichols [5]   25/2
25/4 25/10 25/19
26/6
night [1]   11/12
nine [1]   9/11
nobody [1]   2/13
normal [1]   19/18
note [3]   2/11 19/20
37/7
noted [2]   33/8
33/11
notice [1]   30/2
notify [2]   29/10
32/4
notion [1]   21/11
number [1]   24/8
numbers [1]   13/11
numerous [1]   15/23
NW [3]   1/14 1/24
32/2

**O**

objection [4]   30/7
34/15 34/16 35/20
objections [6]   5/14
5/25 6/4 6/5 33/7
33/11
obligation [2]   29/5
32/5
obligations [2]
31/2 31/25
obviously [2]   9/25
12/10
occupants [1]   31/19
occur [1]   26/19
occurred [8]   18/13
18/20 21/7 22/6
25/15 26/18 27/17
37/7
odds [1]   31/10

off [1]   35/12
offender [2]   21/23
22/17
offense [5]   8/4 8/5
8/10 18/16 33/1
offenses [1]   21/16
office [21]   1/13
4/8 7/1 7/3 7/6
13/21 13/22 14/15
15/7 23/20 28/25
29/1 29/17 29/19
29/21 30/14 30/22
31/17 32/6 32/8
32/11
office's [1]   6/13
officer [9]   16/24
28/25 30/2 30/7
30/17 31/3 31/6
31/18 31/20
officers [5]   15/19
15/22 15/23 19/8
20/7
official [2]   1/23
37/3
officials [1]   20/8
once [1]   21/3
one [18]   2/9 8/24
12/19 13/21 16/10
17/13 19/8 22/25
24/3 24/13 25/7
25/20 26/4 27/19
27/20 28/11 33/17
35/21
one's [1]   11/3
online [2]   29/23
29/25
only [3]   12/1 21/5
31/21
operation [1]   30/16
opportunities [3]
12/21 12/22 12/23
opportunity [3]
3/19 5/2 5/10
oral [1]   5/2
order [4]   2/13 32/9
34/17 34/22
ordered [5]   28/1
28/17 30/18 31/1
34/20
ordering [1]   34/2
others [2]   19/6
20/9
otherwise [3]   22/25
23/9 30/18
out [5]   9/16 12/5
13/25 14/8 24/9
outset [2]   2/14
19/13
outside [1]   20/14
outstanding [1]
5/14
over [1]   31/7
overly [1]   13/19
owed [1]   29/6

**P**

P.C [1]   1/17
p.m [2]   1/7 36/9
page [2]   5/8 9/11
paid [1]   32/5

pandemic [3]   3/7
3/17 37/8
papers [2]   9/5
31/15
paperwork [1]   35/3
parading [1]   2/9
parameters [1]   7/17
parents [1]   31/5
part [6]   5/20 12/7
12/16 16/21 19/21
23/18
participate [2]
12/5 30/11
participated [2]
16/10 16/11
participation [2]
16/16 16/20
particular [4]   14/2
16/6 18/14 27/20
particularly [2]
27/9 27/19
parties [2]   2/17
16/23
party [1]   16/7
passed [1]   15/23
past [2]   36/4 36/5
pay [7]   28/1 28/19
29/5 29/8 29/11
29/14 34/2
payable [1]   31/25
payment [4]   14/16
23/22 25/6 29/13
payments [2]   28/21
29/9
peaceful [5]   12/9
15/1 15/1 21/11
27/1
penalties [1]   28/20
penalty [3]   29/8
29/8 29/12
people [11]   9/16
13/11 15/25 16/22
21/12 22/22 26/19
26/21 26/24 27/8
27/10
perfect [1]   35/5
perform [2]   26/9
31/8
performed [1]   19/19
period [8]   7/6 7/11
13/18 13/18 23/21
25/5 30/12 30/17
periodic [1]   28/12
periods [1]   25/7
permanent [1]   20/15
permissible [4]
2/12 4/14 7/11 12/8
permission [1]   33/3
person [9]   2/15
3/19 12/3 16/6 17/4
20/1 27/3 27/13
31/14
personal [2]   21/6
30/5
persons [1]   16/5
perspective [1]
24/3
photos [1]   29/24
photos/video [1]
29/24

physically [1]   3/16
picketing [1]   2/10
picture [1]   14/25
pictures [1]   9/20
place [5]   12/19
18/24 19/4 20/16
30/15
placed [1]   9/2
placement [1]   28/11
Plaintiff [1]   1/4
plays [1]   3/6
plea [3]   22/7 32/20
32/25
pleaded [3]   2/9
6/22 7/8
please [3]   11/11
33/24 37/7
pled [3]   22/12
22/15 35/19
plus [1]   15/21
point [2]   8/24 9/10
points [1]   13/5
police [7]   9/17
15/19 15/21 16/24
19/7 20/7 20/17
political [4]   16/7
16/23 19/14 21/1
poor [1]   12/13
pose [1]   31/12
positioning [1]
30/20
possess [2]   13/3
28/9
post [3]   13/9 13/10
14/4 14/6
posted [3]   9/2
12/14 13/24
posting [4]   9/1
9/21 14/11 23/11
potentially [1]
20/25
power [2]   17/1
21/12
precisely [1]   12/12
premises [1]   31/19
presence [3]   23/4
27/7 27/16
present [2]   12/21
20/18
presentence [10]
4/6 5/13 5/22 5/23
6/2 6/7 6/14 6/20
32/6 32/10
president [1]   17/1
pretrial [1]   10/3
pretty [1]   25/18
previously [1]   21/8
principle [2]   12/10
19/2
principles [1]
21/18
prior [2]   9/12 20/4
prison [2]   11/2
22/14
probably [1]   5/6
probation [38]
probationary [1]
23/18
problem [1]   20/25
procedures [1]

**P**

procedures... [1]
30/21
proceed [6]   2/17
3/10 3/12 3/18 3/21
4/5
proceeding [1]   5/5
proceedings [6]
2/13 2/20 3/4 3/12
36/9 37/5
process [6]   6/24
12/9 19/1 21/14
21/15 22/11
productive [2]
23/11 36/5
program [1]   30/12
promote [2]   8/4 8/7
proper [1]   14/18
property [5]   10/1
16/5 16/20 22/2
31/14
propose [1]   14/8
proposed [1]   13/21
Prosecutor [1]
11/11
protect [1]   8/6
provide [4]   8/4
14/24 29/17 35/2
public [2]   8/7
10/20
pulled [1]   24/9
punishment [3]   7/19
8/5 14/21
punitive [1]   13/19
purposes [4]   6/21
8/2 8/2 30/5
pursuant [3]   31/20
32/13 33/5
put [1]   35/10

**Q**

qualities [1]   13/3
quickly [1]   27/5
quite [3]   2/22 3/25
27/18

**R**

raise [3]   6/14
33/15 33/16
rally [1]   19/14
RANDOLPH [1]   1/10
random [1]   30/20
range [2]   7/19
32/17
rate [1]   29/6
rather [3]   3/7 14/4
21/7
reach [1]   5/11
read [2]   18/17 34/4
ready [1]   3/10
realizing [1]   9/14
really [3]   9/8 25/1
26/15
reason [5]   10/12
18/5 22/25 23/3
26/25
reasonable [1]
31/22
rebroadcast [1]

2/12
received [2]   4/6
32/24
recognize [2]   10/21
25/25
recommendation [6]
4/7 5/23 7/2 7/8
15/6 34/9
recommended [4]   7/3
7/6 14/14 23/21
record [5]   2/12
23/7 33/8 33/11
35/12
records [1]   8/13
reflect [2]   8/3
15/5
reflective [1]
12/25
refrain [1]   28/9
regrets [1]   23/4
rehabilitation [1]
8/8
rehash [1]   8/18
REIMLER [42]
Reimler's [12]   3/25
4/9 4/14 8/22 10/11
11/13 14/22 21/20
21/24 22/24 26/9
27/12
release [4]   7/7
10/3 29/18 32/6
relevant [1]   7/23
religious [2]   10/25
30/24
remain [2]   9/19
20/3
remaining [3]   35/15
35/17 35/20
remark [1]   14/12
remarks [5]   4/13
4/19 11/13 11/19
17/15
reminded [1]   35/13
remorse [1]   15/14
remorseful [2]   16/3
22/23
remotely [2]   37/5
37/9
report [12]   4/7
5/13 5/22 5/23 6/2
6/7 6/14 6/14 6/16
6/20 32/6 32/10
reported [1]   37/5
Reporter [3]   1/22
1/23 37/3
reporting [1]   37/9
representatives [1]
19/20
request [5]   4/11
4/24 14/13 33/3
34/11
requested [3]   23/17
24/19 29/17
requesting [1]   10/5
requests [1]   21/5
required [2]   30/14
30/18
requirement [1]
31/13
requirements [2]

14/17 30/13
requires [1]   16/16
residence [4]   30/15
30/23 31/15 32/8
residing [1]   19/12
resolve [2]   5/10
5/14
resolving [1]   4/3
respect [13]   6/15
7/2 7/14 7/15 8/4
8/16 8/19 17/5 22/7
22/17 23/16 30/10
35/14
responsibility [3]
10/2 15/13 17/6
rest [1]   12/17
restitution [12]
7/4 10/6 14/16
23/20 23/22 25/6
25/21 26/6 28/17
28/21 29/5 29/6
restricted [1]
30/23
restriction [3]
29/22 30/6 30/8
return [1]   32/10
revealed [1]   20/25
review [1]   6/14
reviewed [4]   4/6
5/13 17/18 17/24
rhetoric [1]   24/24
rift [1]   21/1
right [4]   15/8
32/14 32/19 32/21
rights [2]   16/8
16/9
riot [4]   12/4 13/12
14/1 19/4
risk [1]   31/12
role [3]   21/22
21/24 21/24
Room [2]   1/24 29/1
rose [1]   21/3
rule [3]   16/21 17/5
21/9

**S**

sacred [2]   12/19
19/9
safety [2]   13/4
14/20
same [2]   5/8 25/25
satisfied [1]   6/9
saying [2]   18/21
18/21
scale [2]   22/5 22/6
scar [1]   20/24
schedule [2]   29/9
29/13
screening [1]   20/5
search [2]   31/17
31/21
searched [1]   31/23
searches [1]   31/19
second [4]   9/10
18/17 33/17 35/10
section [8]   2/11
5/19 7/24 14/22
28/2 31/16 32/13
32/21

security [2]   20/5
20/8
seeing [1]   14/5
seeking [3]   10/17
10/18 10/19
seemingly [1]   3/17
sense [2]   2/25 3/18
sent [1]   4/9
sentence [37]   5/9
5/18 5/21 6/25 7/2
7/3 7/9 7/25 8/3
8/5 8/11 10/4 10/18
10/19 13/17 13/20
14/14 14/19 15/5
23/17 23/24 24/20
24/21 24/23 25/12
25/20 26/4 26/13
26/15 27/18 32/9
32/14 32/15 32/16
32/19 32/22 33/7
sentenced [2]   15/6
27/24
sentences [4]   8/14
10/10 23/16 24/6
sentencing [27]   1/9
2/8 4/7 4/8 4/17
5/11 5/23 6/21 6/23
7/15 8/2 8/12 8/19
9/11 9/24 10/19
15/2 17/18 22/23
24/2 24/4 24/9
24/15 25/10 33/1
33/13 34/11
sentiments [1]
17/22
serious [5]   2/21
3/23 19/6 21/16
22/12
seriously [2]   21/20
23/5
seriousness [3]   8/3
17/5 21/6
serve [2]   13/7
14/19
served [4]   3/12 4/2
11/3 19/1
service [12]   10/7
23/20 25/6 25/8
25/21 26/5 26/10
29/23 30/15 34/5
34/8 34/18
services [2]   11/1
30/24
set [4]   6/1 6/6
13/15 26/2
several [1]   9/20
severe [5]   21/25
24/25 25/17 27/19
27/20
shall [8]   28/3
28/21 29/4 29/22
30/12 32/3 32/6
32/10
share [1]   29/19
sharing [1]   29/24
sheer [1]   13/11
sheet [1]   29/9
Sherrill [1]   29/1
shocked [1]   19/13
show [1]   16/6

**S**

showed [1]   26/17
signature [1]   35/4
significant [1]
  24/3
similar [1]   8/13
  8/13 10/11
simply [1]   16/6
sincerely [1]   15/17
single [2]   25/4
  26/1
sit [1]   26/15
sites [1]   30/1
situation [1]   9/3
situations [1]
  26/20
six [1]   7/9
size [2]   20/14
  27/10
slight [1]   25/22
slightly [1]   25/24
small [1]   36/6
SMS [1]   29/24
Snapchat [1]   9/3
social [11]   9/1
  9/21 12/15 13/9
  13/24 14/7 14/12
  23/2 29/22 29/23
  30/6
societal [1]   21/3
society [6]   13/4
  16/12 16/16 16/24
  17/4 23/12
somebody [2]   23/9
  27/13
someone [1]   13/2
sorry [8]   11/5
  15/17 15/19 15/21
  15/24 22/23 33/15
  35/16
sort [3]   8/18 8/20
  9/16
sorts [1]   24/1
sought [2]   21/13
  21/15
speak [1]   23/7
speaking [1]   14/2
special [3]   7/5
  28/1 29/4
specific [1]   2/19
specified [3]   5/19
  7/24 30/21
spent [1]   11/11
spite [1]   9/14
St [1]   1/18
staff [1]   15/20
stage [1]   5/11
standard [1]   28/4
stands [2]   14/8
  21/10
start [2]   2/25 5/22
state [1]   28/8
stated [2]   6/20
  9/23
STATES [26]   1/1 1/3
  1/10 2/3 6/23 13/21
  13/22 14/15 15/7
  15/19 18/24 19/3
  19/5 19/7 19/11

19/16 20/6 20/7
  20/17 28/15 28/22
  29/20 31/18 32/1
  32/7 33/6
statute [3]   5/19
  7/8 7/19
statutory [3]   7/14
  7/17 32/15
stem [1]   25/14
stemming [1]   15/23
step [3]   5/12 5/17
  5/20
steps [3]   5/5 5/7
  19/15
still [2]   9/19
  33/17
stopping [1]   9/17
storage [1]   31/17
Street [1]   1/14
stress [1]   26/7
strike [1]   29/14
strikes [2]   25/18
  27/22
strongly [2]   14/1
  14/14
subject [2]   31/19
  37/8
submit [5]   12/3
  13/17 14/9 28/11
  31/14
submitted [8]   4/9
  4/17 5/1 9/5 11/15
  20/5 23/7 24/5
subsided [1]   3/7
substance [4]   28/9
  28/10 30/25 31/12
substantial [1]
  10/22
successful [2]   15/3
  26/10
suffered [1]   20/24
sufficient [1]   8/1
supervised [1]   7/7
supervision [6]
  28/2 28/4 28/6
  28/12 28/14 31/23
support [3]   12/9
  16/6 16/7
supposed [1]   16/14
sure [4]   2/16 5/7
  10/15 24/11
suspect [1]   10/20
suspended [1]   31/11
suspicion [1]   31/22
Sweet [4]   25/3 25/9
  25/19 26/6
system [1]   30/20

**T**

talk [2]   6/13 35/10
talking [1]   17/17
task [1]   31/7
technological [1]
  37/9
technology [1]
  30/13
telephone [1]   30/14
Temporary [1]   20/15
term [6]   11/2 13/7
  14/15 22/14 23/19

27/24
termination [1]
  32/12
terms [3]   8/23 9/4
  9/22
test [1]   28/11
testing [1]   31/11
tests [1]   28/12
thereafter [1]
  28/12
therefore [3]   13/9
  28/20 37/8
thinking [1]   26/16
Thomas [2]   25/6
  25/11
thoroughly [2]   18/7
  18/10
though [4]   6/12
  21/20 25/2 31/9
thought [5]   9/8
  11/20 12/8 24/5
  24/24
thoughts [1]   26/14
threat [1]   13/3
threaten [1]   12/23
threatening [1]
  15/25
three [5]   10/5 14/6
  23/19 27/25 35/18
thus [1]   22/4
thwart [1]   17/1
timeframe [1]   34/7
times [2]   11/21
  30/23
today [14]   2/7 2/18
  3/4 3/6 3/12 3/18
  3/21 4/3 4/5 4/11
  4/22 4/24 15/13
  22/19
today's [3]   2/12
  5/4 6/21
took [3]   18/24 19/4
  19/21
tourists [1]   27/1
tracking [1]   30/20
traffickers [1]
  11/25
tragically [1]
  15/23
transcript [2]   1/9
  37/4
transfer [1]   35/2
transferred [2]
  28/15 34/25
transition [2]   17/1
  21/12
treatment [3]   30/25
  32/9 32/12
tries [1]   16/25
true [1]   37/4
truly [3]   20/12
  22/21 22/24
trust [1]   16/22
try [3]   24/11 25/14
  25/24
trying [1]   9/9
two [8]   10/5 10/21
  14/15 23/18 23/21
  28/12 34/19 35/21
two-year [1]   14/15

type [1]   23/10
types [2]   8/14
  23/16

**U**

U.S [2]   1/13 1/23
U.S.C [7]   2/10 5/19
  7/24 28/2 31/16
  32/13 32/21
unable [1]   33/2
unavailable [1]
  32/23
under [2]   14/22
  31/21
undermine [3]   19/1
  21/13 21/15
understated [1]
  18/23
undertaken [1]
  19/11
unending [1]   3/17
UNITED [26]   1/1 1/3
  1/10 2/3 6/23 13/21
  13/22 14/14 15/7
  15/19 18/24 19/3
  19/5 19/7 19/11
  19/16 20/6 20/6
  20/17 28/15 28/22
  29/20 31/18 32/1
  32/7 33/6
unlawful [1]   16/19
  28/10
unlawfully [2]
  16/13 28/9
unless [1]   30/18
unpleasant [1]   36/3
unwarranted [2]
  8/12 24/4
up [2]   7/11 26/17
  21/18 24/13 32/11
upon [4]   11/22
upstanding [1]   17/8
upward [1]   32/16
use [3]   28/10 29/23
  30/4
used [1]   22/22

**V**

valiantly [1]   19/8
vehicle [1]   31/15
victim [1]   28/24
video [6]   1/9 2/4
  2/4 3/4 9/2 29/24
videoconference [3]
  2/15 2/18 4/5
videos [1]   9/21
view [1]   29/23
viewed [1]   13/25
views [1]   3/5
violated [1]   31/22
violation [2]   2/10
  31/24
violence [9]   10/1
  12/6 15/15 16/19
  18/25 21/3 22/1
  25/15 27/9
violent [6]   9/15
  9/18 13/1 19/14
  21/1 22/9
visits [1]   31/1

**V**

voice [1]   12/9
vow [1]   17/7

**W**

waiting [2]   3/7
3/19
waive [2]   31/13
34/3
waived [1]   34/1
waives [1]   28/20
warn [1]   31/18
Washington [9]   1/5
1/15 1/25 12/7
15/16 16/4 27/14
29/2 32/2
way [6]   10/22 22/2
23/3 27/15 27/17
35/3
weapons [1]   20/5
wear [1]   30/19
websites [1]   29/25
weigh [1]   21/5
welcome [1]   4/18
What's [1]   34/9
Whereas [1]   11/1
wholeheartedly [2]
14/3 16/2
willing [1]   13/12
wish [2]   36/2 36/3
wished [1]   14/24
within [6]   17/25
28/11 32/3 32/18
34/12 34/18
without [9]   2/21
9/17 26/19 27/5
30/1 30/7 30/15
33/3 35/20
witnessed [2]   9/13
19/16
words [1]   14/6
work [3]   10/25
16/15 26/9
works [1]   23/12
written [2]   4/12
5/1

**Y**

year [1]   14/15
years [4]   7/11 10/5
23/19 23/21

**Z**

ZOOM [1]   1/9